1   NIALL P. McCARTHY (#160175)
    nmccarthy@cpmlegal.com
2   NANCY L. FINEMAN (#124870)
    nfineman@cpmlegal.com
3   **COTCHETT, PITRE & McCARTHY**
    San Francisco Airport Office Center
4   840 Malcolm Road, Suite 200
    Burlingame, CA  94010
5   Telephone: (650) 697-6000
    Facsimile:  (650) 697-0577
6
    JOHN M. KELSON (#75462)
7   kelsonlaw@sbcglobal.net
    **JOHN M. KELSON LAW OFFICE**
8   1999 Harrison Street, Suite 700
    Oakland, CA 94612
9   Telephone: (510) 465-1326
    Facsimile: (510) 465-0871
10
    Attorneys for Plaintiff
11  Harkant Dhruv and the Class

12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15

16                                              **No. C07-04368-WHA**

17  **HARKANT DHRUV**, on behalf of himself    **CLASS ACTION**
    and all others similarly situated,
18                                              **ADMINISTRATIVE
                Plaintiff,                      MOTION TO CONSIDER
19                                              WHETHER CASES
        vs.                                     SHOULD BE RELATED
20                                              PURSUANT TO L.R. 3-12.**
    **AXA EQUITABLE LIFE INSURANCE
21   CO.**; et al.,

22              Defendants.

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

**Administrative Mot. to Consider Whether Cases Should be Related:**
**Case Nos. 06-04291-JSW; 07-01858-JSW; 07-02777-JSW; 07-04368-WHA.**

1

2 **PAUL MEOLA**, individually, and on behalf            **No. C06-04291 JSW**
of all others similarly situated,
3
                Plaintiff,
4
        vs.
5
**AXA FINANCIAL, INC.; AXA**
6 **ADVISORS, LLC; AXA EQUITABLE**
**LIFE INSURANCE CO.**; and DOES 1
7 through 10, inclusive,

8                Defendants.

9
**CARLTON M. LENNON**, individually, and      **No. 07-01858 JSW**
10 on behalf of all other members of the general
public similarly situated, **JAMES L.**
11 **THOMPSON**, individually, and on behalf of
all other members of the general public
12 similarly situated,

13                Plaintiffs

14        vs.

15 **AXA ADVISORS, LLC; AXA**
**NETWORK, LLC**; and DOES 1 through 20,
16 inclusive,

17                Defendants.

18
19 **ANTHONY BOLEA**, on behalf of himself        **No. C07-02777 JSW**
and all others similarly situated,
20
                Plaintiff,
21
        vs.
22
**AXA ADVISORS, LLC** and **AXA**
23 **EQUITABLE LIFE INSURANCE CO.**,

24                Defendants.

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

**Administrative Mot. to Consider Whether Cases Should be Related:**
**Case Nos. 06-04291-JSW; 07-01858-JSW; 07-02777-JSW; 07-04368-WHA.**

1    Plaintiff Harkant Dhruv hereby moves for the Court's consideration whether

2  *Dhruv v. AXA Equitable Life Insurance Company*, *et al.* (C07-04368), filed on

3  August 23, 2007, is related to the following earlier filed cases: (1) *Meola v. AXA*

4  *Financial, Inc., et al.* (C06-04291-JSW), filed July 13, 2006; (2) *Lennon v. AXA*

5  *Advisors, LLC, et al.* (C07-01858-JSW), filed April 3, 2007; and (3) *Bolea v. AXA*

6  *Advisors, LLC, et al.* (C07-02777-JSW), filed May 29, 2007.

7    Pursuant to Local Rule 3-12(a), these actions are related.  They involve

8  substantially the same parties and events.  The plaintiffs in all four cases allege the

9  same causes of action arising out of these events against the same defendants.

10 Like the plaintiffs in the above referenced cases, Plaintiff herein alleges that, as a

11 Financial Services Professional for AXA, he is entitled to overtime pay pursuant

12 to the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and

13 under California wage and hour statutes.  Based on these commonalities, it is

14 likely there would be an unduly burdensome duplication of labor and expense or

15 conflicting results if the cases were conducted before different judges in this

16 district. Therefore, assignment of all four of these cases to a single judge would

17 conserve judicial resources and promote an efficient determination of the actions.

18    In an August 31, 2007 hearing before Judge Jeffery White in *Meola*, counsel

19 for all parties to the above referenced actions stated no objection to relating these

20 four cases.

21

Dated: September 5, 2007     **COTCHETT, PITRE & McCARTHY**
22
                             **JOHN M. KELSON LAW OFFICE**
23

24

25 By:  _____/s/_____
                   NANCY L. FINEMAN
26
    *Attorneys for Plaintiff Harkant Dhruv*
27  *and the Class*

28

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

---

**Administrative Mot. to Consider Whether Cases Should be Related:**
**Case Nos. 06-04291-JSW; 07-01858-JSW; 07-02777-JSW; 07-04368-WHA.**                1