1 | NIALL P. McCARTHY (#160175)
nmccarthy@cpmlegal.com
2 | NANCY L. FINEMAN (#124870)
nfineman@cpmlegal.com
3 | **COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
4 | 840 Malcolm Road, Suite 200
Burlingame, CA 94010
5 | Telephone: (650) 697-6000
Facsimile: (650) 697-0577
6
7 | GERALD D. WELLS III *(pro hac vice)*
gwells@sbtklaw.com
8 | **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
9 | Radnor, PA 19087
Telephone: (610) 667-7706
10 | Facsimile: (610) 667-7056

11 | Proposed Plaintiffs' Co-Lead Counsel

12

13 | **UNITED STATES DISTRICT COURT**

14 | **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | **PAUL MEOLA**, individually, and on behalf of himself and all others similarly situated,

**No. C06-04291-JSW**

17 |

__**CLASS ACTION**__

18 |

**STIPULATION TO CONSOLIDATE CASES AND FILE CONSOLIDATED COMPLAINT**

19 | Plaintiff,

20 | vs.

21 | **AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.;** and DOES 1 through 10, inclusive,

22

23 | Defendants.

24

25

26

27

28

**Stipulation to Consolidate Cases and File Consolidated Complaint;**
**Case Nos. C06-04291 JSW; C07-01858 JSW;  C07-02777 JSW; C07-04368-JSW**

| | |
|---|---|
| **CARLTON M. LENNON**, individually, and on behalf of all other members of the general public similarly situated, **JAMES L. THOMPSON**, individually, and on behalf of all other members of the general public similarly situated, | **No. 07-01858 JSW** |

Plaintiffs,

vs.

**AXA ADVISORS, LLC; AXA NETWORK, LLC**; and DOES 1 through 20, inclusive,

Defendants.

---

| | |
|---|---|
| **ANTHONY BOLEA**, on behalf of himself and all others similarly situated, | **No. C07-02777 JSW** |

Plaintiff,

vs.

**AXA ADVISORS, LLC** and **AXA EQUITABLE LIFE INSURANCE CO.**,

Defendants.

---

| | |
|---|---|
| **HARKANT DHRUV**, on behalf of himself and all others similarly situated, | **No. C07-04368-JSW** |

Plaintiff,

vs.

**AXA EQUITABLE LIFE INSURANCE CO.**, et al.

Defendants.

---

**Stipulation to Consolidate Cases and File Consolidated Complaint;**
**Case Nos. C06-04291 JSW; C07-01858 JSW;  C07-02777 JSW; C07-04368-JSW**

1    It is stipulated by the parties that the following cases pending before this
2    court shall be consolidated:

3    •    *Meolu v. Axa Financial, Inc., et al.*, No. C 06-04291JSW;

4    •    *Lennon v. Axa Advisors, LLC, et al.*, No. C 07-01858 JSW;

5    •    *Bolea v. Axa Financial, Inc., et al.*, No. C 06-04291 JSW;

6    •    *Dhruv v. Axa Equitable Life Insurance Company, et al.*, No. C 07-04368
7         JSW.

8    Consolidation of the cases pursuant to Fed. R. Civ. Proc. 42(a) is appropriate
9    because consolidation will result in a substantial savings of the resources of the
10   court and the parties, and no party will be prejudiced by consolidation.

11   The parties have also agreed that Plaintiffs may file a Consolidated
12   Complaint which will serve as the operative Complaint. The parties have met and
13   conferred regarding this complaint and are still meeting and conferring regarding
14   whether a certain company should be named as a defendant in the complaint. The
15   parties request that Plaintiffs have through October 19, 2007 to file the
16   Consolidated Complaint.

17   The foregoing stipulations in no way prejudice or restrict Defendants from
18   raising any objections or arguments in the future, including but not limited to: 1)
19   proper identification of defendants; 2) proper identification of class members or
20   the existence of a certifiable class or subclasses as the proper mode for resolving
21   these or any other cases in this or any other forum; 3) statute of limitations and
22   issues of relation back.

23   DATED: October 5, 2007        KERR & WAGSTAFFE LLP

24

25                                By:  ____/s/ Adrian J. Sawyer____
                                       Adrian J. Sawyer
26                                     Attorneys for Defendants

27

28

---

**Stipulation to Consolidate Cases and File Consolidated Complaint;**
**Case Nos. C06-04291 JSW; C07-01858 JSW;  C07-02777 JSW; C07-04368-JSW**

1

1 | DATED: October 5, 2007

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP

By: _____ /s/ Gerald D. Wells, III _____
Gerald D. Wells, III
Counsel for Plaintiff PAUL MEOLA

DATED: October 5, 2007

INITIATIVE LEGAL GROUP LLP

By: _____ /s/ Joseph Cho _____
Joseph Cho
Counsel for Plaintiffs CARLTON
LENNON and JAMES THOMPSON

DATED: October 5, 2007

CARLSON LYNCH

By: _____ /s/ Gary F. Lynch _____
Gary F. Lynch
Counsel for Plaintiff ANTHONY BOLEA

DATED: October 5, 2007

COTCHETT, PITRE & McCARTHY
JOHN M. KELSON LAW OFFICE

By: _____ /s/ Niall P. McCarthy _____
Niall P. McCarthy
Counsel for Plaintiff HARKANT DHRUV

Based on the stipulation of the parties and good cause appearing, the Court hereby orders that the cases be consolidated and that Plaintiff may file a First Amended Consolidated Complaint, which complaint shall be filed on or before October 19, 2007.

SO ORDERED, this ___ day of _____, 2007.

_____
Hon. Jeffrey S. White
United States District Court

Stipulation to Consolidate Cases and File Consolidated Complaint;
Case Nos. C06-04291 JSW; C07-01858 JSW;  C07-02777 JSW; C07-04368-JSW

2