1   NIALL P. McCARTHY (#160175)
    nmccarthy@cpmlegal.com
2   NANCY L. FINEMAN (#124870)
    nfineman@cpmlegal.com
3   **COTCHETT, PITRE & McCARTHY**
    San Francisco Airport Office Center
4   840 Malcolm Road, Suite 200
    Burlingame, CA 94010
5   Telephone: (650) 697-6000
    Facsimile: (650) 697-0577
6
    GERALD D. WELLS III *(pro hac vice)*
7   gwells@sbtklaw.com
    **SCHIFFRIN BARROWAY TOPAZ**
8   **& KESSLER, LLP**
    280 King of Prussia Road
9   Radnor, PA 19087
    Telephone: (610) 667-7706
10  Facsimile: (610) 667-7056

11  Proposed Plaintiffs' Co-Lead Counsel

12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16  **PAUL MEOLA**, individually, and on          **No. C06-04291-JSW**
17  behalf of himself and all others similarly    **CLASS ACTION**
    situated,
18                                                 **DECLARATION OF**
                    Plaintiff,                     **NIALL P. McCARTHY IN**
19                                                 **SUPPORT OF PLAINTIFFS'**
            vs.                                    **MOTION FOR APPOINTMENT**
20                                                 **OF LEAD COUNSEL**
    **AXA FINANCIAL, INC.; AXA**
21  **ADVISORS, LLC; AXA EQUITABLE**              Date: November 30, 2007
    **LIFE INSURANCE CO.**; and DOES 1            Time: 9:00 a.m.
22  through 10, inclusive,                         Courtroom: 2
                                                   Hon. Jeffrey S. White
23                  Defendants.

24

25

26

27

28

---

Declaration of Niall P. McCarthy ISO Plaintiffs' Motion for Appointment of Lead Counsel;
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

1

2    **CARLTON M. LENNON**, individually, and          **No. 07-01858 JSW**
     on behalf of all other members of the
3    general public similarly situated, **JAMES L.
     THOMPSON**, individually, and on behalf of
4    all other members of the general public
     similarly situated,

5              Plaintiffs,

6         vs.

7    **AXA ADVISORS, LLC; AXA
     NETWORK, LLC**; and DOES 1 through 20,
8    inclusive,

9

10             Defendants.

11   **ANTHONY BOLEA**, on behalf of himself          **No. C07-02777 JSW**
     and all others similarly situated,
12

13             Plaintiff,

14        vs.

15   **AXA ADVISORS, LLC** and **AXA
     EQUITABLE LIFE INSURANCE CO.**,
16
               Defendants.
17

18   **HARKANT DHRUV**, on behalf of himself         **No. C07-04368-JSW**
     and all others similarly situated,
19

20             Plaintiff,

21        vs.

22   **AXA EQUITABLE LIFE INSURANCE
     CO.**, et al.
23
               Defendants.
24

25

26

27

28

1  I, NIALL P. McCARTHY, declare:

2      1.     I am an attorney duly admitted to practice before all courts of the
3  State of California and all federal district courts located in California. I am a
4  member of Cotchett, Pitre & McCarthy ("Cotchett firm"), counsel for Plaintiff
5  Harkant Dhruv. I submit this declaration in support of Plaintiffs' motion for an
6  Order Granting Entry of Pre-Trial Order No. 1 and appointment of the Cotchett
7  firm and Schiffrin Barroway Topaz & Kessler, LLP ("Schiffrin firm") as Co-Lead
8  Counsel.

9      2.     I am a partner in the law firm of Cotchett, Pitre & McCarthy located
10  in Burlingame, California. I joined the Cotchett firm in 1992. I am honored to
11  have been selected as one of the top 20 attorneys in the State of California under
12  40 by the *Los Angeles Daily Journal* and the *San Francisco Daily Journal*. From
13  2004 to 2007 I was selected as a Northern California "Super Lawyer" by *San*
14  *Francisco Magazine*. In 2006, I was selected as one of the top 500 plaintiff
15  lawyers in the United States by the legal affairs magazine *Lawdragon.*
16  Both the firm and I are privileged to have AV ratings by *Martindale-Hubbell*. My
17  partner, Nancy L. Fineman, has over twenty years experience litigating complex
18  cases, representing both plaintiffs and defendants. She currently is one of the lead
19  attorneys representing the Independent Plaintiffs in *In re Natural Gas Antitrust*
20  *Cases I, III, III and IV (JCCP)* (San Diego County Superior Court). She has
21  previously been class counsel for municipalities and counties suing PG&E for
22  underpayment of franchise fees.

23      3.     The Cotchett firm is experienced in handling complex litigation, and
24  is presently serving as lead class counsel in numerous class actions, as well as lead
25  counsel in other complex litigation. Attached hereto as Exhibit A is a true and
26  correct copy of the Cotchett firm's most recent listing in the Martindale-Hubbell

27

28

Declaration of Niall P. McCarthy ISO Plaintiffs' Motion for Appointment of Lead Counsel;
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

1

Law Directory. Attached hereto as <u>Exhibit B</u> is a representative list of complex cases in which my firm has been involved.

4. The Cotchett firm has served as lead, liaison and/or trial counsel in class actions and/or complex cases including, among others, the following:

*In re Homestore Sec. Litig.* (C.D. Cal.);

*California State Teachers' Retirement System v. AOL* (San Francisco Superior Court);

*California State Teachers' Retirement System v. Qwest Communications International Inc.* (San Francisco Superior Court);

*The Regents of the University of California v. Salomon Smith Barney, Inc., Worldcom, et al.* (San Francisco Superior Court);

*Harmsen v. Smith* (Affirmed on Appeal by 9th Cir. 1982);

*In re Pilgrim Sec. Litig.* (C.D. Cal.);

*In re Homefed Sec. Litig.* (S.D. Cal.);

*In re Methionine Antitrust Litig.* (N.D. Cal.);

*In re Beer Antitrust Litig.* (N. D. Cal.);

*In re Louisiana Pacific Inner-Seal OSB Trad. Pract. Litig.* (N.D. Cal.);

*In re Sodium Gluconate Antitrust Litig.* (N.D. Cal.); and

*In re Web TV Networks Litig.* (Santa Clara Superior Court).

5. The Cotchett firm has experience in employment wage/hour cases in actions including:

*In re Wachovia Securities, LLC Wage and Hour Litigation* (C.D. Cal.) (appointed Co-Lead Counsel);

*Sotelo et al. v. MediaNews Group, et. al.* (Alameda Superior Court);

*Woo v. Skidmore, Owings, & Merrill LLP* (San Francisco Superior Court);

**Declaration of Niall P. McCarthy ISO Plaintiffs' Motion for Appointment of Lead Counsel;**
**Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW**

2

1    *Flinn v. Continental Casualty Company* (San Francisco Superior

2    Court);

3    *RN Solution, Inc. v. Catholic Healthcare West* (San Francisco

4    Superior Court); and

5    *Covert v. Rite Aid Corp., et. al.* (Sonoma Superior Court).

6        6.    The Cotchett firm has achieved a reputation for diligently and

7    vigorously prosecuting its cases, including class actions, and bringing cases to trial

8    where doing so is in the class members' best interest.  This was recognized, for

9    example, in *Louisiana Pacific Corp.*, where in his order conditionally certifying a

10   settlement class and granting approval of the settlement, the Honorable Vaughn

11   Walker, United States District Judge for the Northern District of California, stated:

12           In this circuit, representation is "adequate" if (1) the attorney

13           representing the class is qualified and competent; and (2) the class

14           representatives do not have interests antagonistic to the rest of the

15           class [citations.] Where, as here, the proposed settlement has been

16           negotiated prior to class certification, the court must be especially

17           vigilant in its efforts to scrutinize the performance of plaintiffs'

18           attorneys because there is a heightened risk that the attorneys

19           colluded with each other to settle the case at the expense of the class.

20           [citations.]

21           The court is satisfied that the proposed class counsel of Cotchett &

22           Pitre and Corey, Luzaich, Gemello, Manos & Pliska are competent to

23           represent the class. ***The Cotchett firm, in particular, has appeared***

24           ***before the court in other actions and performance of its attorneys to***

25           ***date in this and in other cases is a testament to the ability of these***

26           ***attorneys.***

27

28

Declaration of Niall P. McCarthy ISO Plaintiffs' Motion for Appointment of Lead Counsel;
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

3

Attached hereto as Exhibit C are true and correct portions of Judge Walker's Order, filed October 22, 1997 (quoted portion at 6:5-27 (emphasis added)).

7.    Several complex litigation judges have recognized the Cotchett firm for its efforts on behalf of its clients. The following are excerpts from such recognitions:

> I have a lot of experience in this kind of litigation"… [and] "the lawyers, many of whom I am personally familiar with, are *top notch lawyers who have provided excellent representation."*
>
> - Judge of the Superior Court

(Attached hereto as Exhibit D are true and correct portions of the Reporter's Transcript of a Final Approval hearing on April 23, 2003 before the Hon. Richard A. Kramer, Judge of the Superior Court.)

> *"Class Counsel have achieved an excellent result for the settlement class…"* "… Class Counsel applied *extraordinary skill and thoughtfulness* in fashioning the complex settlement package and *communicating it thoroughly and clearly to the class."*
>
> - Judge of the Superior Court

(Attached hereto as Exhibit E is a true and correct copy of a March 25, 2005 Order by the Hon. Anthony J. Mohr, Judge of the Superior Court, Approving Award of Attorneys' Fees, Costs, and Class Representative Incentive Payments.)

> "This court has had the distinct pleasure of having the parties in this case represented by *some of the finest attorneys not only in this state but in the country."* Cotchett, Pitre, & McCarthy has "well reputed experience in [consumer fraud] litigation."
>
> - Judge of the Superior Court

(Attached hereto as Exhibit F are true and correct copies of portions of the Reporter's Transcript of a Final Approval hearing on June 24, 2005 before the

Declaration of Niall P. McCarthy ISO Plaintiffs' Motion for Appointment of Lead Counsel;
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

4

1    Hon. Carol L. Mittlesteadt, Judge of the Superior Court.)

2        8.        Attached hereto are true and correct copies of the following Orders of

3    this Court:

4        •    Exhibit G:  May 17, 2007 Order relating *Meolu v. Axa*

5             *Financial, Inc., et al.* (C06-04291) to *Lennon v. Axa Advisors,*

6             *LLC, et al.* (C07-01858).

7        •    Exhibit H: August 29, 2007 Order relating *Bolea v. Axa*

8             *Financial, Inc., et al.* (C06-04291) and *Lennon v. Axa Advisors,*

9             *LLC, et al.* (C07-01858).

10       •    Exhibit I: September 7, 2007 Order relating *Druv v. Axa*

11            *Equitable Life Insurance Company, et al.* (C07-04368) and

12            *Meola v. Axa Financial, Inc., et al.* (C06-04291).

13       9.        The Cotchett firm is fully committed to dedicating its significant

14   personal and financial resources to the successful and efficient resolution of this

15   matter.

16       I declare under penalty of perjury under the laws of the United States of

17   America that the forgoing is true and correct.  Executed this 1st day of October,

18   2007.

19                     _____/s/ Niall P. McCarthy_____
                       NIALL P. McCARTHY

20

21

22

23

24

25

26

27

28

Declaration of Niall P. McCarthy ISO Plaintiffs' Motion for Appointment of Lead Counsel;
Case Nos. C06-04291-JSW; C07-01858 JSW; C07-02777-JSW; C07-04368-JSW

5

# Exhibit A





Lawyer Locator > Profile

**Logon**

Lawyer Locator
  Basic Search
  Advanced Search
  Browse Law Firms
  Browse Lawyers
  Top 10 Lists

Legal Articles

Peer Review Ratings

Dispute Resolution

Legal Personnel

Legal Careers

Professional Resources

Practice Development

News & Events

Customer Service

Experts & Services

🖳 Print    ✉ Email    🌐 Search Web

## Law Firm Overview for Cotchett, Pitre & McCarthy
**Burlingame, California**

### Cotchett, Pitre & McCarthy

San Francisco Airport Office Center, Suite 200,    Telephone: 650-697-6000
840 Malcolm Road                                    Fax: 650-697-0577
Burlingame, California 94010                        Web Site: http://www.cpmlegal.com
(San Mateo Co.)
**(Main Office)**

**Overview    People    Practices    Offices**

**Firm Size:** 17

**Reference:**
Peninsula Bank of Commerce, Millbrae.

Maintains an office in more than one location.

**More resources...**
  Attorney directory from
  *Lawyers.com*
  Counsel to Counsel Forums
  eAttorney
  LexisNexis®
  lexisONE® for Small Firms

▲Top

LawyerLocator.co.uk | Anwalt24.de | martindale.co.il |

martindale.jp | findalawyer.cn | law24.co.za

Home | Contact Us | About Us | Site Info | Products | Services | Media Room

Copyright | Terms & Conditions | Privacy Policy

**LexisNexis®**
Martindale-Hubbell®

**martindale.com**

**Logon**

Lawyer Locator > Profile

**Lawyer Locator**
Basic Search
Advanced Search
Browse Law Firms
Browse Lawyers
Top 10 Lists

Legal Articles

Peer Review Ratings

Dispute Resolution

Legal Personnel

Legal Careers

Professional Resources

Practice Development

News & Events

Customer Service

Experts & Services

**More resources...**
Attorney directory from
Lawyers.com
Counsel to Counsel Forums
eAttorney
LexisNexis®
lexisONE® for Small Firms

🖶 Print   ✉ Email   🌐 Search Web

## Attorneys/Legal Personnel from Cotchett, Pitre & McCarthy
**Burlingame, California**

### Cotchett, Pitre & McCarthy

San Francisco Airport Office Center, Suite 200,      Telephone: 650-697-6000
840 Malcolm Road                                      Fax: 650-697-0577
Burlingame, California 94010                          Web Site: http://www.cpmlegal.com
(San Mateo Co.)

**Overview**  **People**  **Practices**  **Offices**

#### MEMBERS OF FIRM

**Joseph W. Cotchett,** (Managing Partner) born Chicago, Illinois, January 6, 1939; admitt
1965, California; 1972, U.S. Supreme Court; 1980, District of Columbia; 2006, New York.
**Education:** California State Polytechnic College (B.S., Engineering, 1960); Hastings Colle
University of California (LL.B., 1964). Author: "Discovery of Experts Work," California Tria
Association Journal, Spring, 1967; "Experimental Evidence in Products Liability," Californi.
Journal, November, 1969; "The Class Action-The Coming Tool," American Trial Lawyers A:
February, 1971; "Judicial Salaries: Inflation vs. Justice," Trial Magazine, July, 1980; "Shie
Sword: The Fifth Amendment Privilege In Commercial Cases," Trial Magazine, May, 1982;
and Accountant Liability in Business Litigation," CTLA Forum, 1985; "Liability of Accountar
Lawyers," Trial Magazine, April, 1987; "Punitive Damages: They Belong to the Public," Int
Society of Barristers Quarterly, Vol. 28, No. 4 (1994). Co-author: California Products Liab
Actions, Matthew-Bender, 1970; California Courtroom Evidence, Parker & Son, 1972; Fed.
Courtroom Evidence, Parker & Son, 1976; The Ethics Gap, Parker & Son, 1991; California
Evidence Foundations, Parker Publications, 1993; Persuasive Opening Statements and Clo
Arguments, California Continuing Education of the Bar, 1988; "Effective Opening Stateme
California Litigation, Journal of the Litigation Section, State Bar of California, 1991; "Jury
Witnesses," California Litigation, Journal of the Litigation Section, California State Bar, 19'
"Winning Through A More Effective Direct Examination," California Litigation, Journal of th
Section, California State Bar, 1991; "Jury Trial Tips: High Tech Tools," California Litigatior
of the Litigation Section, California State Bar, 1992; "Arguing Punitive Damages," Civil Lit
Reporter, California Continuing Education of the Bar, 1990; "Punitive Damages: How Mucl
Enough?" Civil Litigation Reporter, California Continuing Education of the Bar, 1998. Contr
Author: Class Action Primer, Law Journal Press, 1973; Objections to Evidence and Preserv
Record, California Civil Procedure During Trial, CEB, 1982; Winning Strategies and Techni.
Civil Litigators, Practising Law Institute, 1992. Lecturer: Antitrust Actions, The National C.
Advocacy, Harvard Law School, 1974; Class Actions; University of Southern California, 19
Multidistrict Procedure, 1977 and Federal Evidence, 1979, University of Nevada; Securitie
Litigation, Georgetown University, 1978; Trial Practice, Hastings Center for Advocacy, 198
Federal Practice Institute, 1985-1997; CEB Annual Federal Trial Practice Institute, 1985-1
Advanced Course of Study: Federal Practice, 1998; State Bar of California, Litigation Sect
Champions of the Courtroom, 1998 Annual Trial Symposium. Special Counsel to Governor
G. Brown, Jr., 1975. Co-Chairman, Governor's Task Force On Agricultural Labor Relations
1976. Member, Judicial Council of the State of California, 1977-1978. Member, Judicial Co
Commission on the Future of The Courts, appointed by Chief Justice Malcolm Lucas, 1991
Member: Select Committee on Judicial Retirement, 1993-1994, Appointed by Chief Justice
Lucas. Member, Judicial Council Task Force on Complex Civil Litigation, appointed by Chie
Ronald George, 1997-1999. Special Assistant Attorney General, State of South Dakota, 1!
Member, California Commission on Judicial Performance, 1985-1989. Member: Board of D
Hastings College of the Law, University of California, 1981-1993; Hastings Blue Ribbon Cc
2002—. Member, Board of Directors, Disability Rights Advocates, 1995-2002. Member, B(
Directors, Witkin Legal Institute, 1996-2005. Member, National Panel of Arbitrators, Amer

Arbitration Association. Member, Board of Directors, Bay Meadows Charitable Foundation Member, Board of Directors, Public Citizen Foundation (1996—). Member, Board of Directo California Works Foundation, (2000—). Member, Animal Legal Defense Fund (1999—). Me Federal Judicial Advisory Committee, Central District of California. Member, Board of Advi War College (2000-2006). Member, Board of Directors, U.S. District Court, Northern Distr California Historical Society (1995—). Member, California Blue Ribbon Commission on Chil Foster Care (2006—). Chair, Board of Directors, Leo T. McCarthy Center for Public Service Common Good, 2003—. Member, Board of Directors, Earthjustice, 2003. Member, Lawyer Committee for Civil Rights of San Francisco Bay Area, 2004—. Member, Board of Directors California Polytechnic State University Foundation, 2005-2006. **Member:** San Mateo Cour (Member, Board of Directors, 1970-1972) and American (Member, Antitrust Section; Vice Committee on Commercial Torts, Section of Tort and Insurance Practice, 1989-1990) Bar Associations; The State Bar of California (Member, Board of Governors, 1972-1975; Vice 1974-1975); San Francisco Lawyers Club; San Mateo County Trial Lawyers Association (P 1969); California Trial Lawyers Association (Member, Board of Governors, 1969-1972; Vic President, 1972); Consumer Attorneys of California; (Presidential Award of Merit, 2000); of Business Trial Lawyers; The Association of Trial Lawyers of America (Secretary, Comme Litigation Section, 1971; Chairman: Consumer Protection Committee, 1971; Chairman, Fe Courts Committee, 1978-1982; Member, Board of Governors, 1983-1986); Trial Lawyers Justice (President, 1986-1987; Member, Board of Governors, 1982—); American Board of Advocates (Advocate, 1981—; National Board of Directors, 1999); California State Park ar Recreation Commission, appointed by Governor Gray Davis (2000; Chair, 2001-2002); Ro Pound-American Trial Lawyers Foundation (1999). Fellow: American College of Trial Lawy American Bar Foundation; International Academy of Law and Science; International Acade Trial Lawyers (Member, Board of Directors, 1997—); International Society of Barristers. [( USAR, 1960-1990, active duty, 1960-1961]. (Certified as a Civil Trial Advocate, National l Trial Advocacy).   **AV Peer Review Rated**

**Frank M. Pitre**, (Member) born San Francisco, California, January 17, 1955; admitted to California; 1985, U.S. Supreme Court. **Education:** University of San Francisco (B.S., cum 1977; J.D., 1981). Legal Externship, California Supreme Court, 1980. Law Clerk, San Mat Superior Court, 1981. Author: "Abuse of Process," California Tort Damages, California Cor Education of the Bar, 1988; "Tort Trends," The Docket, San Mateo County Bar Association 1994. Co-Author: "Jury Instructions: A Practical Approach to their Use," Civil Litigation Re March, 1984; "Arguing Punitive Damages," Civil Litigation Reporter, California Continuing of the Bar, 1991; "Effective Opening Statements," California Litigation, Journal of the Litig Section, California State Bar, 1991; "Jury Trial Tips: Witnesses," California Litigation, Jour Litigation Section, California State Bar, 1991; "Winning Through A More Effective Direct Examination," California Litigation, Journal Of The Litigation Section, California State Bar, "Jury Trial Tips: High Tech Tools," California Litigation, Journal of the Litigation Section, C State Bar, 1992. Consultant: "California Civil Practice," Bancroft-Whitney, 1992; "Californ Practice: Civil Procedure During Trial," CEB, 1995; "California Personal Injury Proof: Upda 1996—. Panelist: "Fundamentals of Civil Litigation Before Trial," California Continuing Edu the Bar, 1988 and 1990; "Jury Instructions," California Continuing Education of the Bar, 1 "Proving Injuries To The Body And Mind," San Diego Trial Lawyers Association, 1989; "Tor Damages: How To Identify And Prove Them," California Continuing Education of the Bar, "Jury Voir Dire Skills Workshop," California Continuing Education of the Bar, 1989; "Trial Preparation: The War To End All Wars," Association of Defense Counsel of Northern Califo "Evaluation & Settlement," San Mateo County Trial Lawyers Association, 1991; "Trial Vide Litigation In The Televisual Age," California Continuing Education of the Bar, 1991 and 19 "Premises Liability Seminar," San Mateo County Trial Lawyers Association, 1994; "Deposition Fundamentals," Lorman Business Center, 1995—; "Preparing For Trial The Last 100 Days, Continuing Education of the Bar, 1994, 1996, 1997 and 1998; "Mass Torts: The Future Is Consumer Attorneys of California, 2000; "Jury Trials in the Aftermath of September 11th, Consumer Attorneys of California, 2001; "Jury Selection: Overcoming Juror Bias," Consun Attorneys of California, 2002, 2004; "Jury Selection," San Francisco Trial Lawyers, 2003; of Litigation: The Art of Examination," CEB 2003; "Evidence For the Trial Practitioner in Ca Lorman Education Services, 2003-2006; "The Art of Jury Selection," Consumer Attorneys California, 2003; "Effective Opening Statements & Closing Arguments," California Continu Education of the Bar, 2004; "Opening Statements and Hearsay," Lorman Business Center, 2005. Lecturer: Working With Experts, Hastings College of Advocacy, 1987; Overlooked T Business Litigation, California Trial Lawyers Association, 1987; Closing Arguments, Hastin of Advocacy, 1989; "Trial Preparation," Hastings College of Advocacy, 1992. Faculty: Hast College of Advocacy, 1988-1994; University of San Francisco, "Trial Skills Workshop," 199 1998; "Creative Opening Statements," California Trial Lawyers Association, 1994; "Creativ Video Evidence," Consumer Attorneys of California, 1995; "Evaluation Of A Case," Santa (

University, 1996; "How to Handle The Trial Of a Trademark/Trade Dress Claim; The Kend
v. Gallo Case," Business Section of the San Mateo County Bar Association, 1997; "The Ca:
the TEC-9 Assault Rifle," Consumer Attorneys of California, 1998; "Diet Center Liability ar
Phen Cocktail," Consumer Attorneys of California, 1999; "Tips on Jury Selection for a Busi
Case," Consumer Attorneys of California, 1999; "The First Amendment Challenge to Produ
Suits," Consumer Attorneys of California, 2000. Judge Pro Tem, San Mateo County Superi
1993—. Listed, "The Best Lawyers in America," Naifeh & Smith, 2006; "Northern Californi.
Lawyers 2004, 2005 (Top 100)"; Listed, "Best Lawyers in Bay Area," 2004-2006; Listed, '
Leading Litigators in America," 2006. Lawdragon Recipient, San Mateo County Trial Lawye
of The Year, 2006. **Member:** Bar Association of San Francisco; San Mateo County (Memb
of Directors, 1996-2001) and American Bar Associations; The State Bar of California; San
County Barristers (Member, Board of Directors, 1984-1986); Consumer Attorneys of Calif:
(Member: Board of Governors, 1998—; Financial Secretary, 2001-2002; Vice President, 2
President-Elect, 2004-2005; President, 2005-2006); Consumer Attorneys of San Mateo Cₒ
(Member, Board of Directors, 1996-2001); Association of Business Trial Lawyers (Member
Directors, 1996-2000); Association of Trial Lawyers of America; American Board of Trial A
(Associate, 2000—). Fellow, American Bar Foundation, 2006; International Academy of Tr
Lawyers, 2006. (Certified Civil Trial Advocate, National Board of Trial Advocacy).   **AV Pe
Rated**

**Niall P. McCarthy,** (Member) born San Francisco, California, May 6, 1967; admitted to b
California; 2001, U.S. Supreme Court. **Education:** University of California at Davis (B.A.,
Santa Clara University (J.D., 1992). Selected: Top 20 Lawyers Under 40, California Law B
2002; "40 Under 40," Most Successful Litigators in America Under 40, National Law Journ
Northern California Super Lawyers 2004-2006. MCLE Panelist: "Courtroom Conduct: Tacti
Contempt and Common Sense," 1999; "Elder Abuse," 1999, 2000, 2001, 2002, 2003;
"Fundamentals of Business Litigation," 2000; "Healthcare Qui Tam Actions," 2002; "Comp
Litigation Strategies," 2002, "Class Actions in California State Court," 2002, 2003; "Unfair
Practices-B & P Code 17200 And Beyond," 2003; "Recent Developments in Private Attorne
Litigation," 2003; "Discovery for Trial," 2003; "Duties of Class Counsel," 2004-2005; Taki
Effective Depositions," 2005; "Effective Use of Class Actions," 2006. Co-Author; "Californi
Actions: A Primer for the General Litigator," 1997. Author: "The Elder Abuse Statute: Cali
Underutilized Law," 1998; "Elder Abuse: Recent Legal and Legislative Developments," 199
"Financial Elder Abuse in Real Estate Transaction Under the 2000 Revisions to the Elder Aᵢ
2000; "Elder Abuse Claims Not Subject to MICRA," 2001; "Home Equity Loss in California
Predatory Lending," 2002; "Recent Developments in False Claims Act Healthcare Litigatior
"Certifying A Multistate Business & Professions Code Section 17200 Class Action After Wa:
Mutual," 2003. Co-Author: "Predatory Practices In Mortgage Contract Servicing," 2004; "ₗ
of the Home Mortgage Disclosure Act on Predatory Lending," 2005; "Emerging Issues in Cl
Litigation" 2006. **Member:** San Mateo County and American Bar Associations; State Bar ₒ
California; San Mateo County Barristers, San Mateo County (President, 1997); Chair, San
County Bar Business Litigation Section (2001-2002); San Mateo County Trial Lawyers Ass
(President, 2005); National Association of Consumer Advocates; Association of Business T
Lawyers; Consumer Attorneys of California (Vice President, 2007); University of San Fran
American Inn of Court, 1998-2006; Million Dollar Advocates Forum.   **AV Peer Review R**

**Nancy Leavitt Fineman,** (Member) born San Francisco, California, April 29, 1960; admiᵗ
1986, California. **Education:** University of California, Berkeley (A.B., 1981); Hastings Col
Law; Boalt Hall School of Law (J.D., 1986). Member, Thurston Society. Recipient, America
Jurisprudence Award in Evidence. Contributing Author: Chapter on Partition and Distributi
Texas Probate, Estate and Trust Administration, Matthew Bender, 1993. Speaker: Torts Pₗ
Recent Developments, Continuing Education of the Bar, 2001, 2002, 2003, 2004, 2005, 2
Ethical Issues Before and During Trial, San Mateo County Bar Association, 2006; "Class Aₗ
Federal and State Court Comparison, State Bar of California, 2000; Paralegals and the Litᵢ
Team in California, 1999; Consumer Attorneys of California Seminars on Fen-Phen Litigatᵢ
and November, 1999; The Small Firm Alternative, Boalt Hall, 1998; "Who's Liable for Wha
Harassment Cases," Labor & Employment Law Seminar, State Bar of California. Speaker,
Issues Before and During Trial, San Mateo County Bar Association, 2006. Speaker and Au
"Building Your Trial Skills," National Business Institute, 2006; "How to Litigate Your First ₒ
California," National Business Institute, 2003, 2004; "Trial Preparation from Start to Finish
California Paralegals," Institute for Paralegal Education, 2002. Co-Author with Joseph W. ₒ
"Enron, Arthur Anderson and Wall Street, Slain by Trial Lawyers," ATLA 2003. Co-Author ᵥ
Joseph W. Cotchett and Bruce L. Simon, "Developing Damage Theories in Commercial Cla
Actions," National College of Advocacy, 2000. Co-Author, "Sexual Harassment Cases: A Pₗ
Perspective," Labor & Employment Law Seminar, State Bar of California, October 1998. Pₐ

San Mateo County Women Lawyers Section on Law and Motion Practice, 1993. Board Men
Mateo County Bar Association, 2006. **Member:** San Mateo County Bar Association Directo
); State Bar of California; California Women Lawyers; Northern California Super Lawyers,
2005. Fellow, American Bar Foundation, Rule of Law Delegate to China, 2006; American A
Trial Counsel, 2006—. Commissioner, Commission on Judicial Nominees Evaluation, 1996
Judge Pro Tem, San Mateo County Superior Court, 1996—. President, San Mateo County \
Lawyers' Section Educational Foundation, 2000-2003. Chair, San Mateo County Professior
Committee. 2000-2003.  **AV Peer Review Rated**

**Mark C. Molumphy**, (Member) born San Mateo, California, September 28, 1966; admitte
1993, California; 2001, U.S. Supreme Court. **Education:** University of California at Berke
1989); Edinburgh University; University of San Francisco (J.D., 1993). Law Clerk, San Fra
County Superior Court, 1992. Co-author: "Punitive Damages: How Much Is Enough?" Civi
Reporter, California Continuing Education of the Bar, 1998. Panelist, "Strategic Tips For So
Propounding & Opposing Written Discovery," California Continuing Education of the Bar, 1
"Punitive Damages: Maximizing Your Client's Success or Minimizing Your Client's Exposure
California Continuing Education of the Bar, 2001; "Class Action Litigation in California," Br
Continuing Education, 2005. **Member:** San Mateo County (Member, Business and Litigatio
Executive Committee, 1995-1999; Chair, 1996) and American Bar Associations; State Bar
California; San Mateo County Barristers (Director, 1993-1999; Treasurer, 1996; Secretary
Vice President, 1998; President, 1999); Association of Business Trial Lawyers; University
Francisco American Inn of Court (Barrister); San Mateo Superior Complex Litigation Comn
Mateo County Legal Aid Society (Member, Board of Directors, 1998-2004).

**Steven N. Williams**, (Member) born Mineola, N.Y., 1963; admitted to bar, 1992, New Je
1993, New York; 1994, California; 1996, U.S. Supreme Court. **Education:** New York Univ
(B.A., 1986); Fordham University School of Law (J.D., 1992). Author: Moore's Federal Pra
Chap. 671 (Federal Habeas Corpus) (3d Ed. Matthew Bender 1997); "Successful Contracti
on Candor, Realism, and Common Goals," Remediation (John Wiley Summer 1995); Co-A
"Reauthorizing Superfund: Problems and Prospects," New York Law Journal, March 29, 19
Presentations: "Developments In MTBE Litigation," Consumer Attorneys of California, 200
California and Federal Discovery Update, Consumer Attorneys of California, 2004, 2005, 2
"Using the Internet for Research," North San Mateo County Bar Association, 1998; "Regul
Developments," Environmental Information Association Annual Conference, 1994. **Membe
Mateo County Bar Association; Consumer Attorneys of California; Trial Lawyers for Public
Association of Trial Lawyers of America. **Practice Areas:** Environmental; Antitrust.  **AV** I
**Review Rated**

## ASSOCIATES

**Ali Abtahi**, (Associate) born Tehran, Iran, July 16, 1974; admitted to bar, 2002, Wiscons
District Court, Western District of Wisconsin; 2003, California. **Education:** University of W
Madison (B.S., 1996; J.D., cum laude, 2001); Harvard School of Public Health (M.S., 1999
Author: with McCarthy N., "Preying on the Elderly: How Predatory Lenders Have Robbed E
Americans of Millions of Dollars," Forum 20-23, January/February 2006; "HMDA's Effect o
Controlling Predatory Lending," CAOC Annual Hawaii Seminar, November 2005; with Derr
Segui-Gomez M., et al. "The Effect of Population Safety Belt Usage Rates on the Number o
Vehicle-Related Fatalities," Accident Analysis & Prevention, 34: 101-110, 2002; with Melli
M., "Consumer Law: Advances and Setbacks," Advancing the Consumer Interest, 12(2): 3
2000; with Mueller N., Okayama A., et al. "Lack of Evidence for a Role of HTLV-I in the Oc
of Subclinical HAM/TSP in the Miyazaki Cohort Study," Journal of AIDS, 24(1): 86-87, May
**Languages:** Farsi and Spanish. *Email: Ali Abtahi*

**Philip L. Gregory**, (Associate) born Newton, Massachusetts, September 1, 1954; admitte
1980, California, U.S. District Court, Northern District of California and U.S. Court of Appe
Circuit, U.S. Supreme Court. **Education:** Bowdoin College (B.A., magna cum laude, high
English, Government, 1976); Santa Clara University School of Law and Business School (I
1980; J.D., 1980). Mediator, U.S. District Court, Northern District of California. Judge Pro
Santa Clara County Superior Court (Member, Arbitration Panel). Member: Supreme Court
Society; Historical Society for the U.S. District Court, Northern District of California. **Mem
Mateo County, Santa Clara County (Former Chair, Federal Courts Committee) and Americ
Associations; State Bar of California (Founding Chair, Subcommittee on Trade Secrets); A
of Trial Lawyers of America; American Business Trial Lawyers Association; American Inns

William A. Ingram Inn (President-Elect, Executive Committee). **Languages:** French. **Prac**
**Areas:** Intellectual Property Litigation; Complex Commercial Litigation; Complex Busines:
Securities Fraud; Health Care Fraud.   **AV Peer Review Rated**

**Ara Jabagchourian**, (Associate) born Fresno, California, March 26, 1974; admitted to ba
California. **Education:** California State University, Fresno (B.A., 1996); Hastings College (
University of California (J.D., 1999). Judicial Extern: Associate, Justice Marvin R. Baxter, (
Supreme Court, 1999; Presiding Justice James Ardiaz, California Court of Appeal, Fifth Ap
District, 1997. **Member:** Bar Association of San Francisco; State Bar of California; San Ma
County Trial Lawyers Association; Consumer Attorneys of California. **Languages:** Armeni
**Practice Areas:** Antitrust; Commercial Litigation; Product Liability.

**Aron K. Liang**, (Associate) born Skokie, Illinois, October 3, 1977; admitted to bar, 2003,
**Education:** University of Washington (B.A., 1999) Golden Key; Hastings College of the La
University of California (J.D., magna cum laude, 2003). Order of the Coif. Member, Thursl
Society. **Member:** San Mateo County and American Bar Associations. **Languages:** Canto
**Practice Areas:** Securities Litigation; Civil Litigation. *Email: Aron K. Liang*

**Barbara L. Lyons**, (Associate) born Hanover, New Hampshire, December 31, 1954; adm
bar, 1994, California and U.S. District Court, Eastern District of California; 2004, U.S. Dist
Northern, Central and Southern Districts of California and U.S. Court of Appeals, Ninth Cir
U.S. Supreme Court. **Education:** Harvard University (A.B., cum laude, 1976); University
California, Davis School of Law (J.D., 1994). Recipient, American Jurisprudence Award in
Jurisprudence, University of California Davis School of Law, 1993. **Member:** Sacramento
Association (Member, Business Law Section; Legislative Affairs Committee, 1995-1997; E
Committee, 1997-1999); San Mateo County Bar Association; California Women Lawyers;
Attorneys of California; State Bar of California; San Mateo County Trial Lawyers Associatic
Foundation; Association of Trial Lawyers of America; Legal Aid Society of San Mateo Coun
(Member, Board of Directors, 2005—). **Practice Areas:** Civil Litigation. *Email: Barbara L.*

**Nanci E. Nishimura**, (Associate) born Los Angeles, California, June 28, 1953; admitted t
1991, California; 1999, U.S. Supreme Court. **Education:** University of Southern Californi
1975, M.A., 1978); The Columbus School of Law, The Catholic University, Washington, D.
1989). Co-Author: "An Invasion of Privacy: The Media's Involvement in Law Enforcement
L.A.Ent.L.J. (1999). Commissioner, California State Bar Judicial Nominees Evaluation Com
**Member:** Los Angeles County, San Mateo County (Member, Women Lawyers Section) and
Bar Associations; California Women Lawyers; Association of Trial Lawyers of America; Cor
Attorneys of California. Fellow, American Bar Foundation. **Reported Cases:** Ayeni v. Mott
F.3d 680 (2d Cir. 1994), cert. denied, 514 U.S. 1062 (1995), aff'g Ayeni v. CBS Inc., 848
362 (E.D.N.Y. 1994); Hanlon v. Berger, 526 U.S. 808 (1999) (per curiam), on remand, 1£
1155 (9th Cir. 1999); Brunette v. Humane Society of Ventura County, 294 F.3d 1205 (9tr
2002). **Languages:** Conversational Japanese. **Practice Areas:** Securities; Consumer Law
Antitrust; Class Actions; First Amendment Law; Fourth Amendment Law.

**Niki B. Okcu**, (Associate) born Istanbul, Turkey, December 24, 1977; admitted to bar, 2(
California, U.S. District Court, Northern District of California and U.S. Court of Appeals, Ni
**Education:** University of California at Santa Cruz (B.A., with honors, 1999); Santa Clara
School of Law (J.D., 2003). **Member:** San Mateo County and American Bar Associations;
of California; San Mateo County Trial Lawyers Association; Consumer Attorneys of Californ
Mateo County Barristers. **Languages:** Turkish. **Practice Areas:** Civil Litigation; Products
(Pharmaceutical emphasis); Personal Injury; Consumer Protection.

**Douglas Y. Park**, (Associate) born Milwaukee, Wisconsin, November 14, 1968; admitted
2004, California. **Education:** Harvard College (A.B., magna cum laude with highest honor
Stanford Graduate School of Business (Ph.D., 1998); University of Michigan (J.D., 2004);
State Bar of California. **Practice Areas:** Civil Litigation.

**Sean E. Ponist**, (Associate) born Encino, California, April 7, 1975; admitted to bar, 1999
California; 2003, Nevada. **Education:** University of California at Los Angeles (B.A., Philos
1995); University of California School of Law, Davis (J.D., 1999). Dean's Honor List. **Mem**
Mateo County Bar Association (Member, Litigation and Barristers Sections, 2006—). **Lang**

Spanish. **Practice Areas:** Litigation; Real Estate; Environmental; Antitrust; Securities. *Er E. Ponist*

**Alpana Samant**, (Associate) born San Francisco, California; admitted to bar, 2005, Calif **Education:** University of California (B.A., 2000; J.D., 2005). **Member:** Charles Houston E Association; State Bar of California; Consumer Attorneys of California. **Practice Areas:** C Litigation; Antitrust.

**Laura Schlichtmann**, (Associate) born San Francisco, California, 1949; admitted to bar, California; 2002, U.S. Supreme Court. **Education:** University of California at Berkeley (B. Great Distinction, 1971); Cornell University (M.R.P., 1973); Boalt Hall School of Law, Univ California (J.D., 1993). Phi Beta Kappa; Phi Kappa Phi. Recipient: American Jurisprudence Advanced Legal Research; Jurisprudence Award, Sexual Harassment; Prosser Prize, Emplc Discrimination. Executive Editor, Berkeley Journal of Employment and Labor Law. Author, "Accommodation of Pregnancy-Related Disabilities on the Job," 15 Berkeley Journal of Em and Labor Law 335, 1994. Co-Author: "Interest Arbitration: Legality, Reality & Value," Ca Public Employee Relations, No. 121, 1996. **Member:** San Mateo County Bar (Member, Wc Lawyers Section; Vice President, San Mateo County Women Lawyers Section Educational Foundation) and American Bar Association; State Bar of California; Bay Area Legal Aid (Bc Member; Member, Cy Pres Committee); California Women Lawyers; Consumer Attorneys California; Queen's Bench; Public Justice Foundation; San Mateo County Trial Lawyers As: Association of Trial Lawyers of America. **Languages:** German.

**OF COUNSEL**

**Robert B. Hutchinson**, (Of Counsel) (Resident, Los Angeles Office).    **AV Peer Review I**

**Mark P. Friedlander, Jr.**, (Of Counsel) (Also Member, Friedlander & Friedlander, P.C., 1: Beverly Road, Suite 201, Mclean, VA 22101).    **AV Peer Review Rated**

▲Top

LawyerLocator.co.uk | Anwalt24.de | martindale.co.il |

martindale.jp | findalawyer.cn | law24.co.za

Home | Contact Us | About Us | Site Info | Products | Services | Media Room

Copyright | Terms & Conditions | Privacy Policy





Lawyer Locator > Profile

Lawyer Locator
  Basic Search
  Advanced Search
  Browse Law Firms
  Browse Lawyers
  Top 10 Lists

Legal Articles

Peer Review Ratings

Dispute Resolution

Legal Personnel

Legal Careers

Professional Resources

Practice Development

News & Events

Customer Service

Experts & Services

🖶 Print    ✉ Email    🌐 Search Web

## Areas of Practice by Cotchett, Pitre & McCarthy
**Burlingame, California**

### Cotchett, Pitre & McCarthy

San Francisco Airport Office Center, Suite 200,         Telephone: 650-697-6000
840 Malcolm Road                                        Fax: 650-697-0577
Burlingame, California 94010                            Web Site: http://www.cpmlegal.com
(San Mateo Co.)

**Overview    People    Practices    Offices**

**Cotchett, Pitre & McCarthy practices in the following areas of law:**

Practice limited to Trial and Appellate Practice, Commercial, Antitrust, Securities, Environm
Recovery, Products Liability and Intellectual Property, First Amendment, Defamation, Civil
Litigation, Consumer Protection and Predatory Lending.

▲Top

**More resources...**
  Attorney directory from
  *Lawyers.com*
  Counsel to Counsel Forums
  eAttorney
  LexisNexis®
  lexisONE® for Small Firms

LawyerLocator.co.uk | Anwalt24.de | martindale.co.il |

martindale.jp | findalawyer.cn | law24.co.za

Home | Contact Us | About Us | Site Info | Products | Services | Media Room

Copyright | Terms & Conditions | Privacy Policy



**LexisNexis**
Martindale-Hubbell®                                                    martindale.com

---

**Logon**

Lawyer Locator > Profile

Lawyer Locator
  Basic Search          🖶 Print    ✉ Email    🌐 Search Web
  Advanced Search
  Browse Law Firms       ### Offices for Cotchett, Pitre & McCarthy
  Browse Lawyers         **Burlingame, California**
  Top 10 Lists
                         ### Cotchett, Pitre & McCarthy
Legal Articles
                         San Francisco Airport Office Center, Suite 200,      Telephone: 650-697-6000
Peer Review Ratings      840 Malcolm Road                                     Fax: 650-697-0577
                         Burlingame, California 94010                         Web Site: http://www.cpmlegal.com
Dispute Resolution       (San Mateo Co.)

Legal Personnel
                         **Overview**   **People**   **Practices**   **Offices**
Legal Careers

Professional Resources      **Links to Other Offices**

Practice Development        Beverly Hills, California
                            9454 Wilshire Boulevard, Suite 907
News & Events

Customer Service            **Other Office Addresses**

Experts & Services          Beverly Hills, California Office: Suite 9454 Wilshire Boulevard, Suite 907, 90212. Telephc
                            247-9247.

                            New York, New York Office: 100 Park Avenue, Suite 2600, 10017. Telephone: 212-682-3

**More resources...**       Affiliated Office: Friedlander, Friedlander & Earman, P.C. 1364 Beverly Road, Suite 201, |
  Attorney directory from   Virginia 22101. Telephone: 703-893-9600. Facsimile: 703-893-9650.
  Lawyers.com
  Counsel to Counsel Forums
  eAttorney
  LexisNexis®
  lexisONE® for Small Firms

                            ▲Top

                            LawyerLocator.co.uk ¦ Anwalt24.de ¦ martindale.co.il ¦

                            martindale.jp ¦ findalawyer.cn ¦ law24.co.za

                            Home ¦ Contact Us ¦ About Us ¦ Site Info ¦ Products ¦ Services ¦ Media Room

                            Copyright ¦ Terms & Conditions ¦ Privacy Policy

---

# Exhibit B

# COTCHETT, PITRE & McCARTHY

## Examples of Consumer Litigation Experience

### In re Ameriquest Cases

Judicial Council Coordinated Proceeding No. 4162
San Mateo County Superior Court
"Bait and Switch" class action on behalf of mortgage
borrowers. Class certified for all purposes in 2003.
Settlement finally approved in 2005.

### Banks v. Northern Trust Bank of California N.A.

Case No. BC295997
Los Angeles County Superior Court
Class action on behalf of beneficiaries of fixed-fee
trusts charged excess trustee fees over a 21 year period.
Class certification for settlement purposes and final
approval of settlement, 2005.

### In re Household Lending Litigation

Case No. C02-1240 CW (N.D. Cal.)
Nationwide class action on behalf of predatory lending
victims. Class certification for all purposes, 2003. Final
approval of settlement, 2004.

### United States v. Fairbanks Capital Corp.; Curry v. Fairbanks Capital Corp.

Civil Action Nos. 03-12219-DPW & 03-10895 (D. Mass.)
Nationwide class action against mortgage loan servicing
company for charging various improper fees, costs and
charges. Class certification for settlement purposes and
final approval of settlement, 2004.

### In re Citigroup Loan Cases

Judicial Council Coordination Proceeding No. 4197
San Francisco County Superior Court
Consolidated class action on behalf of mortgage
"packing" and "flipping" victims. Nationwide class
certification for settlement purposes, and final approval
of settlement, 2003.

### Old Republic Consumer Fraud Litigation

*Wisper v Old Republic Title Co.*
San Francisco Superior Court No. 996705
*Verges v Old Republic Title Co.*
San Francisco Superior Court No. 996929
Lead and liaison counsel in consolidated consumer
class actions against title company for unfair business
practices regarding fee overcharges and "cost
avoidance" relationships with banks. Class certified for
all purposes. Verdict of $14 million in 2001.

### Dupell v. Massachusetts General Life Ins. Co.

Santa Clara County Superior No. CV768991
"Vanishing premium" class action on behalf of life
insurance policyholders. Class certified for all
purposes, 1999.

### In re Louisiana-Pacific Corp. Inner-Seal OSB Trade Practices Litigation

MDL No. 1114
*Agus v Louisiana-Pacific Corp.*
No. C95-3178 VRW (N.D. Cal.)
Nationwide product defect/Lanham Act class action
on behalf of owners and operators of buildings and
homes with defective and improperly certified oriented
strand board wood sheathing. (Class certified and
settlement finally approved, 1998)

### Taylor Tire Co. v. Goodyear Tire & Rubber Co.

No. 94-1050 (S.D.Cal.)
Class action by franchisees for unfair business practices.
(Settled 1996)

### In re First Capital Holdings Litigation

Master File No. 2609
San Diego County Superior Court
Class action on behalf of policyholders of failed
insurance company. (Settled 1992/93)

### Hubbard v. Fidelity Federal Bank

824 F.Supp. 909 (C.D. Cal. 1993)
91 F.3d 75 (9th Cir. 1996)
Class action on behalf of adjustable rate mortgage
borrowers.

### In re Diet Drug Litigation

Coordination Master File No. 4032
Los Angeles County Superior Court
*In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine)
Products Liability Litigation*
E.D. Pa. MDL No. 1203
Consumer fraud and product liability individual actions
on behalf of approximately 100 individuals.

### Prop. 103 Litigation

*Calfarm Ins. Co. v Deukmejian*
48 Cal.3d 805 (1989)
Litigation regarding Proposition 103 (rate controls on
insurance carriers) on behalf of Ralph Nader and his
organizations.

## In re Swine Flu Immunization Products Liability Litigation

89 F.R.D. 695 (D.D.C. 1980)
*Adleson v United States*
523 F.Supp. 459 (N.D.Cal. 1981)
MDL actions for product liability.

## Slavsky v. Stewart Title Co. of California

Consolidated Action No. 357357
San Mateo County Superior Court
Represented 115 individual plaintiffs in 81 consolidated
cases arising from pyramid scheme fraud relating to
fractionalized deeds of trust.

## In re Executive Life Litigation

Coordination Master File No. 2632
Los Angeles County Superior Court
Action by insurance commissioner on behalf of failed
insurance company (Filed April 1991); also filed as a
class action. (Settled 1994/95)

## Examples of Litigation on Behalf of Public Entities

## San Francisco Unified School District

Sacramento County Superior Court,
Case No. 02AS03314
Consumer fraud and negligence case against a Fortune
250 energy company in a scheme to defraud the district
in connection with an energy contract to upgrade
schools and help the district save in energy costs.
(Settled in June of 2004 for $43.1 million)

## In Re Natural Gas Anti-Trust Cases I, II, III, & IV

Coordinated Proceedings 4221, 4224, 4226, 4228
*City of Los Angeles v Reliant, et al.*
Los Angeles Superior Court No. BC-309392
*County of Santa Clara v Sempra, et al.*
San Diego Superior Court No. GIC-832538
*City and County of San Francisco v
Sempra, et al.*
San Diego Superior Court No. GIC-832539
*County of Alameda v Sempra, et al.*
Alameda Superior Court No. RG04-182878
*County of San Diego v Sempra, et al.*
San Diego Superior Court No. GIC-833371
*City of San Diego v Sempra, et al.*
San Diego Superior Court No. GIC-839407
*County of San Mateo v Sempra, et al.*
San Mateo Superior Court No. CIV-443882
*UC Regents v Reliant, et al.*
Alameda Superior Court No. RG04-183086
*Association of Bay Area Governments v
Sempra, et al.*
Alameda Superior Court No. RG04-186098
*Sacramento Municipal Utilities District v
Reliant, et al.*
Sacramento Superior Court No. 04AS-04689
*School Project for Utility Rate Reduction v Sempra, et al.*
Alameda Superior Court No. RG04-180958
*Nurserymen's Exchange, Inc. v Sempra, et al.*
San Mateo Superior Court No. CIV-442605
*Owens-Brockway Glass Containers, Inc. v
Sempra, et al.*
Alameda Superior Court No. RG04-192046
*TAMCO Steel, et al. v Dynegy, et al.*
San Diego Superior Court No. GIC-840587
Antitrust litigation on behalf of eleven public entities
and others for the reporting of false information by
non-core natural gas retailers to published price indices
to manipulate the natural gas market during the
California energy crisis.

## San Francisco Employees' Retirement System v. American International Group, Inc.

*In re American International Group, Inc. Securities Litigations*
USDC Southern District of New York
No. 05-CV-4720
Securities fraud class action on behalf of SFERS against
AIG arising out defendants false and misleading
statements concerning AIG's financial condition and
accounting practices.

## San Mateo County Public Guardian v. Commonwealth Life Ins. Co.

Alameda County Superior Court, No. 768916-3
Consumer fraud class action against provider of reverse
mortgages top elderly consumers.
(Class Certified and settlement finally approved, 1998)

## San Mateo Public Guardian v. Transamerica HomeFirst, Inc.

69 Cal. App. 4th 577 (1999)
Coordinated Proceeding No. 4061
San Mateo County Superior Court No. 405495
Consumer fraud class action against provider of reverse
mortgages to elderly consumers.  Class certified on
Business and Professional Code Violations for all
purposes.

## In re Commercial Tissue Products Public Entity Indirect Purchaser Antitrust Litigation

Coordinated Proceedings 4027
*County of San Mateo v Kimberly-Clark Corp.*
San Francisco County Superior Court No. 989138
Antitrust class action on behalf of class of public entity
consumers of commercial sanitary paper products
against alleged price-fixing conspiracy among
producers.  (Appointed co-lead counsel for public
entity class, 1998)

## NASD Dispute Resolution and NY Stock Exchange v. Judicial Council of California

US District Court, Northern District of California
Case No. C-02-3486 WHA
Successfully defended the Chief Justice of the State of California and the Judicial Council of California in an action brought by the National Association of Securities Dealers (NASD) to invalidate California's Ethics Standards for Neutral Arbitrators by demonstrating that the 11th Amendment bars federal actions against these state actors.

## Federal Energy Regulatory Commission (FERC) Litigation

United States Court of Appeals, 9th Circuit
Case No. 01-70812
Represented the California State Senate, the California State Assembly, and the City of Oakland in an action against FERC. Petitioned the Court to issue a writ of mandamus to compel FERC to take action to ensure just and reasonable rates for energy in California and all the western states.

## Central Sprinkler Product Defect Litigation

*County of Santa Clara v. Central Sprinkler Corp.*
Santa Clara County Superior Court No. 771019
*Hart v. Central Sprinkler Corp.*
Los Angeles County Superior Ct. No. BC176727
Consumer class action against manufacturer of automatic fire suppression sprinklers for product defects and consumer fraud. (Class certified and settlement finally approved, 1999)

## *Examples of Securities Litigation Experience*

## AOL Time Warner

*California State Teachers' Retirement System v. AOL Time Warner Inc., et al.*
San Francisco County Superior
Case No. OGC-03-422609
Securities action on behalf of CALSTRS for a loss in excess of $200 million. The complaint charges certain AOL Time Warner executives and directors, its accountants, and banks with violations of state securities laws and alleges that the scheme involved, among other things, improperly recognizing revenue and engaging in fraudulent transactions to create the appearance of revenues where none existed.

## Qwest

*California State Teachers' Retirement System v. Qwest*

*Communications International Inc., et al.*
San Francisco County Superior No. CV 415546
Securities action on behalf of CALSTRS for a loss in excess of $100 million. The complaint charges certain Qwest executives and directors, its accountants, and banks with violations of state securities laws and alleges that defendants made false and misleading statements about Qwest's financial condition.

## WorldCom

*The Regents of the University of California v. Salomon Smith Barney, Inc., et al.*
San Francisco County Superior No. OGC-03-41730
Securities action, on behalf of The Regents of the University of California, for a loss of more than $350 million. Defendants are alleged to have issued false and misleading analyst reports and ratings regarding the business operations, of WorldCom, and price targets for WorldCom common stock

## Homestore

*In re: Homestore.com, Inc. Securities Litigation* USDC - Central District of CA
Master File No. 01-CV-11115 RSWL
Lead Counsel for CalSTRS in a securities fraud class action against Homestore.com, Inc., its senior officers and directors, its auditors, and other companies who engaged in fraudulent "roundtripping" transactions, increasing revenues by false accounting methods.

## Global Crossings

*In re: Global Crossing Ltd. Securities & "ERISA" Litigation*
USDC Southern District of New York
No. 02-CV-7481; MDL No. 1472
Securities fraud class action on behalf of large investors against Global Crossing, Ltd. for misrepresentation and artificially inflating its financial results through 2001.

## Enron (Silvercreek)

*Silvercreek Management Inc., et al. v. Salomon Smith Barney, Inc., et al.* USDC Southern District of Texas
Master Case No. 01-CV-3624
Securities action on behalf of the plaintiff investment fund for a $125 million bond loss. The complaint charges certain Enron executives and directors, its accountants, and banks with violations of the federal securities laws and alleges that defendants engaged in massive insider trading while making false and misleading statements about Enron's financial performance.

## WorldCom (Hallisey)

*In re: Salomon Analyst*
USDC Southern District of New York
Master Case No. 02-CV-3687

Securities class action against Salomon Smith Barney, Inc. and Salomon's lead telecommunications analyst Jack Grubman related to their scheme to defraud investors by perpetuating the myth of financial viability of WorldCom. Defendants are alleged to have issued false and misleading analyst reports and ratings regarding the business operations and price targets of WorldCom common stock.

## In re American Continental Corp./Lincoln Savings & Loan Securities Litigation

794 F.Supp. 1424 (D. Ariz. 1992)
*Aetna Cas. & Sur. Co. v Dannenfeldt*
778 F.Supp. 484 (D. Ariz. 1991)
Securities class action on behalf of shareholder and bondholder victims of Charles Keating, and related insurance coverage litigation, including lengthy jury trial. (Largest jury verdict against an individual defendant in American history.)

## Orange County Securities Litigation

*Smith v Merrill Lynch*
Orange County Superior Court, No. 753411
Securities class action on behalf of the debt securities holders of Orange County and its investment pool participants. (Settled 1997)

## Acclaim Securities Litigation

*Campbell v Petermeier, et al.*
Alameda County Superior No. 760717-4
*Campbell v Acclaim Entertainment, Inc., et al.*
No. 96 Civ. 5099 TCP (E.D.N.Y.)
Securities class action arising from stock swap merger. (Settled 1997)

## In re Pilgrim Securities Litigation

Master File No. CV-94-8491 KN (C.D. Cal.)
Mutual fund fraud class action. (Settled 1997)

## In re Oak Technologies Securities Litigation

Santa Clara County Superior No. CV958510
Securities class action for insider trading and abuse of control. (Appointed co-lead counsel, 1996)

## In re HomeFed Securities Litigation

S.D. Cal. No. 90-799-T (CGA)
Represented bankrupt S&L as plaintiff in action against former S&L officers, directors and accountants for mismanagement and breach of fiduciary duty.

## Giorgetti v. BankAmerica Corp.

San Francisco Superior No. 998949
Shareholder class action for failure to pay control premium in connection with merger.

## West Valley Litigation

*Knight v Rayden*
Santa Clara County Superior No. 732332
Real estate limited partnership investors class action. (Settled 1995/96)

## Central Bank Litigation

*Almeida v Peat Marwick Mitchell & Co.*
Alameda County Superior Court, Consolidated Master File No. 668436-9
Shareholder class actions. (Settled 1993)

## In re Ursula Borelli d.b.a. Pyramid Realty

*Dickinson v Dack*
132 B.R. 648 (N.D. Cal. 1991)
Class action investment fraud litigation.

## Harmsen v. Smith

693 F.2d 932 (9th Cir. 1982)
586 F.2d 156 (9th Cir. 1978)
542 F.2d 496 (9th Cir. 1976)
Securities class action on behalf of shareholders of United States National Bank against C. Arnholt Smith and other officers, directors, and insiders. Multi-million dollar jury verdicts upheld on appeal. The first securities class action tried on both liability and damages to a jury.

## In re Informix Derivative Litigation

Master File No. 401818
*Smuthwaite v White*
San Mateo County Superior Court, No. 401818
Lead derivative counsel in consolidated shareholder derivative actions against corporate officers, directors and accountants relating to accounting fraud.

## In re Sybase Derivative Litigation

Master File No. 793459-9
*Krim v Kertzman*
Alameda County Superior Court, No. 793459-9
Lead derivative counsel in consolidated shareholder derivative actions against corporate officers and directors.

## Bily v. Arthur Young & Co.

3 Cal.4th 370 (1992)
Professional negligence action on behalf of shareholder for materially misleading financial statements.

## J. David Dominelli Litigation

*Rogers & Wells v Superior Court*
175 Cal.App.3d 545 (1986)
Investor fraud litigation on behalf of hundreds of clients in San Diego County Superior Court, including lengthy jury trial.

## In re Technical Equities Litigation

Coordination Master File No. 1991
Santa Clara County Superior Court
*Abelson v National Union*
28 Cal.App.4th 776 (1994)
*McLaughlin v National Union*
21 Cal.App.4th 486 (1994)
*Chatton v National Union*
10 Cal.App.4th 846 (1992)
*Helfand v National Union*
10 Cal.App.4th 869 (1992)
*National Union v Aaronson*
163 B.R. 350 (N.D.Cal. 1993)
*Industrial Indemnity v Superior Court*
214 Cal.App.3d 259 (1989)
Investor fraud litigation, and subsequent insurance
coverage and insurance bad faith litigation, on behalf of
hundreds of individual plaintiffs, including three
lengthy jury trials, and three court trials. (Largest
verdict in California for 1991.)

## Durrett v. McCabe

San Mateo County Case No. 406767
Derivative litigation by holder of American Depository
Shares against officers and directors of CBT Group
PLC for accounting fraud and insider trading.

## Examples of Antitrust Litigation Experience

## In re: Hydrogen Peroxide Antitrust Litigation

US District Court, Northern District of California
Case No: C-05-1284 MHP, MDL No. 1682
Antitrust class action for conspiracy to fix prices of
hydrogen peroxide manufactured and sold by
defendants who were engaged in an alleged price-
fixing conspiracy.
(Currently pending before the Judicial Panel on
Multidistrict Litigation)

## Bathroom Fittings Antitrust Litigation

Los Angeles County Superior Court
Master File No. BC328849, J.C.C.P No. 4415
Antitrust class action for conspiracy to fix prices of
Bathroom Fittings manufactured by defendants
participating in an alleged price-fixing conspiracy.
(Currently before the Judicial Council for
Coordination Proceeding)

## Magazine Paper Antitrust Litigation

San Francisco County Superior Court
Master File No. CGC-432167
Antitrust class action for price-fixing conspiracy
against magazine paper producers International
Paper, Co., MeadWestvaco Corporation, Norse Skog,
Stora Enso, Sappi Limited, S.D. Warren Company,
and others.

## In re: Foundry Resins Antitrust Litigation

US District Court, Southern District of Ohio
MDL No. 1638 and Master File No. 2:04-md-1638
Antitrust class action for conspiracy to fix prices of
resins manufactured by Ashland Inc., Ashland
Specialty Chemical Company, Borden Chemical Inc.,
Delta HA, Inc., HA International LLC.

## Automotive Paint Antitrust Litigation

Alameda County Superior Court
J.C.C.P. No. 4199
Antitrust class action for conspiracy to fix the price of
auto paint by manufacturers engaged in an alleged
price-fixing conspiracy.
(Pending Partial Settlement 2005, Class Certified
2004, Appointed Co-Liaison Counsel, 2002)

## In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation

US District Court, Northern District of California
MDL No. 1486 and Master File No. M-02-1486PJH
Antitrust class action for a price-fixing conspiracy
amongst DRAM manufacturers. (Appointed Co-
Discovery Chair 2002)

## In re Methionine Antitrust Litigation

MDL No. 1311 and Master File No. C99-3491 CRB
(N.D. Cal.)
Antitrust class action against Novus International,
Mitsui & Co, Nippon Soda, Rhone-Poulenc, Degussa-
Huls and others for conspiracy to fix prices and restrain
trade. (Appointed co-lead counsel for Class, class
certified, 2000; settlement finally approved, 2002)

## Kopies, Inc. et al. v. Eastman Kodak Co.

Civ. No. C94-0524 JLQ (N.D. Cal.)
Antitrust class action by copier service firms against
parts manufacturer for illegal tying of products and
services. (Class certified, 1994; settlement finally
approved, 1999)

## In re Citric Acid Antitrust Litigation

MDL No. 1092 and Master File No. C95-2963 FMS
(N.D. Cal.)
Antitrust class action against Archer-Daniels Midland
Co. and others for conspiracy to fix prices and restrain
trade. (Class certified, 1996, settled in part, 1998)

**In re Beer Antitrust Litigation**

No. 97-20644 SW (N.D. Cal.)
Antitrust class action on behalf of specialty beer
brewers against Anheuser-Busch, Inc. for attempt to
monopolize U.S. beer industry by denying access to
distribution channels.

**In re Sodium Gluconate Antitrust Litigation**

MDL 1226
*Chemical Distribution, Inc. v AKZO Nobel Chemicals, BV*
No. 97-4142 CW (N.D. Cal.)
*Chemical Distribution, Inc. v Roquette Freres*
No. 98-00070 (N.D. Cal.)
Antitrust class actions for price fixing of sodium
gluconate, an industrial cleaning agent. (Class certified,
1998; settlement finally approved, 1999)

**Livingston v. Toyota Motor Sales USA, Inc.**

No. C94-1377 MHP (N.D.Cal.)
Antitrust class action under Sherman Act by purchasers
of Toyota vehicles for secret rebates. (Settled 1997)

**Truta v. Avis Rent A Car System, Inc.**

193 Cal.App.3d 802 (1987)
Class action for antitrust and unfair business practices.

*Examples of Environmental
Litigation Experience*

**Avila Beach Environmental Litigation**

*Poist v Unocal Corp.*
San Luis Obispo Superior Court No. 081289
Environmental toxic class action on behalf of owners of
interest in timeshares in coast-side town for nuisance
arising out of petroleum contamination and
remediation efforts. (Settlement preliminarily
approved, 1998)

**In re Burbank Environmental Litigation**

C.D. Cal. Master File No. 96-5584 MRP
Actions on behalf of homeowners for nuisance arising
from environmental remediation efforts at site of
massive toxic contamination.

**Californians for Native Salmon**

221 Cal.App.3d 1419 (1990)
Representative action regarding approval of timber
harvest plans.

*Examples of Qui Tam Litigation
Experience*

**California ex rel. Richardson v. Ischemia
Research & Education Foundation**

San Francisco Superior Court No. 964656
Qui tam California False Claims Act case against
research foundation for failure to pay direct and
overhead costs in clinical drug studies to its host
university. (Settled, 1997)

**United States v. Columbia HCA**

USDC – Northern District of CA C-97-2943 THE
Qui Tam False Claims Act litigation against healthcare
provider for false billing.

*Examples of Complex Personal
Injury Litigation Experience*

**Malhotra v. Nathan**

San Francisco Superior No. 976634
Represented 13 victims of personal injuries and
wrongful death arising out of Franklin Street balcony
collapse in 1996.

**In re MGM Grand Hotel Fire Litigation**

570 F.Supp. 913 (D.Nev. 1983)
MDL consolidated litigation by personal injury victims.

**Mcasey V. United States Department of the
Navy, et al.**

N.D. Cal. No. C 00 2063 JL (ARB), (Consolidated with
Case No. C-00 20204 PVT (ARB))
Wrongful death case based upon electrocution.

**Zakoyan V. Poma Distributing Company, Inc.
et al.**

Orange County Superior No.817726 [Consolidated
with Case No. 818443 (*Thompson v State of California*)
and Case No. 00CC03040 (*Branch v State of California*)]
Wrongful death case based upon highway design.

*Examples of First Amendment
Litigation Experience*

**Isuzu Motors Ltd. v. Consumers Union of the
United States, Inc.**

C.D. Cal. No. 97 5685 RAP
Represented defendant publisher of Consumer Reports
in defamation/product disparagement litigation
brought by auto manufacturer against non-profit
consumer testing organization.

## Suzuki v. Consumers Union

*Suzuki Motor Corp. Japan v. Consumers Union of the United States, Inc.*
C.D. Cal. No. SA CV 96-340 AHS
Represented defendant publisher of Consumer Reports in defamation/product disparagement litigation brought by auto manufacturer against non-profit consumer testing organization.

## Kendall-Jackson Winery v. E&J Gallo Winery

N.D.Cal. No. 97-16185
150 F.3d 1042 (9th Cir. 1998)
Represented defendant in trade dress and unfair business practice litigation. (Judgment and verdict for defendant after jury trial.)

## In re Cable News Network and Time Magazine "Operation Tailwind" Litigation

MDL No. 1257
*Sheppard v. Cable News Network, Inc.*
Case No. C-98 20946 JF (N.D. Cal.)
Action against Time and CNN on behalf of Vietnam veterans falsely reported to have committed war crimes in Laos.

# Exhibit C

FILED

OCT 22 1997

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE LOUISIANA-PACIFIC
CORPORATION INNER-SEAL OSB
TRADE PRACTICES LITIGATION

No. MDL Docket 1114
Master File No.
C-95-3178-VRW
CLASS ACTION

ORDER.

This document Relates to:
    ALL ACTIONS

District court approval of a class action settlement proposal proceeds in two steps.  See FRCP 23(a).  First, the parties submit the proposed terms of the settlement to the court for a preliminary fairness evaluation.  Second, after class member have been given notice and an opportunity to opt out, the court makes a final determination whether to approve the settlement as "fair, adequate and reasonable."  See Armstrong v Board of School Directors of Milwaukee, 616 F2d 305, 314 (9th Cir 1980); Manual fo Complex Litigation Third § 30.41, at 236-38.

At the provisional approval, the court must consider (1) whether to certify the settlement class; (2) whether the proposed settlement appears to be within a range of reasonableness; and (3)

United States District Court

For the Northern District of California

1    same as all other class members:  L-P's manufacture and testing w

2    improper, negligent and resulted in harm to the class.  Typicalit

3    is, therefore, present.  See also part I-D.

4                                    D

5            The final prerequisite to class certification under Rul

6    23(a) is that the representative parties "fairly and adequately

7    protect the interests of the class."  FRCP 23(a)(4).  In this

8    circuit, representation is "adequate" if:  (1) the attorney

9    representing the class is qualified and competent; and (2) the

10   class representatives do not have interests antagonistic to the

11   rest of the class.  Haley v Medtronic, Inc, 169 FRD 643, 648 (CD

12   Cal 1996); see Lerwill v Inflight Motion Pictures, Inc, 582 F2d

13   507, 512 (9th Cir 1978).  Where, as here, the proposed settlement

14   has been negotiated prior to class certification, the court must l

15   especially vigilant in its efforts to scrutinize the performance (

16   plaintiffs' attorneys because there is a heightened risk that the

17   attorneys colluded with each other to settle the case at the

18   expense of the class.  In re California Micro Devices Securities

19   Litigation, 168 FRD 257, 261 (ND Cal 1996); see Mars Steel Corp v

20   Continental Illinois Nat'l Bank & Trust Co, 834 F2d 677, 681-82

21   (7th Cir 1987).

22           The court is satisfied that the proposed class counsel o

23   Cotchett & Pitre and Corey, Luzaich, Gemello, Manos & Pliska are

24   competent to represent the class.  The Cotchett firm, in

25   particular, has appeared before the court in other actions and

26   performance of its attorneys to date in this and in other cases is

27   a testament to the ability of these attorneys.  The issues that

28   concern the court are whether the named plaintiffs can effectively

                                     6

firms Cotchett & Pitre and Corey, Luzaich, Gemello, Manos & Pliska

as co-lead class counsel; (2) the firms Gilman & Pastor; Schubert

Reed LLP; and Shapiro, Grace, Haber & Urmy to the executive

committee and (3) the named plaintiffs as settlement class

representatives.  For the reasons stated in part I of this order,

the court finds that the attorneys and class representatives named

above can adequately represent the interests of the class.

Accordingly, the court GRANTS plaintiffs' motions for appointment

of class counsel and class representatives.

V

For the foregoing reasons, the court ORDERS:

(1) plaintiffs' motion for conditional certification of

plaintiff class (Doc #18, pt 1) is GRANTED;

(2) the parties' joint motion for preliminary approval of the

settlement agreement is GRANTED;

(3) approval of the form and manner of notice is RESERVED;

(4) plaintiffs' motion for appointment of class

representatives (Doc #18, pt 2) is GRANTED; and

(5) plaintiffs' motion for appointment of class counsel (Doc

#18, pt 2) is GRANTED.

IT IS SO ORDERED.

VAUGHN R. WALKER
United States District Judge

# Exhibit D

1         IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2           IN AND FOR THE COUNTY OF SAN FRANCISCO

3          HONORABLE RICHARD A. KRAMER, JUDGE

4              DEPARTMENT NO. 304

5                ---oOo---

6

7    COORDINATION PROCEEDINGS          )

     SPECIAL TITLE {RULE 1550(b)}       )

8                               )

                               )

9    CITIGROUP LOAN CASES            )Judicial Council

                               )Coordination Proceeding

10                           )   No. 4197

                               )

11 ————————————————————————————)

12              REPORTER'S TRANSCRIPT

13               OF PROCEEDINGS ON

14           WEDNESDAY, APRIL 23, 2003

15                ---oOo---

16

17

18     PLEASE NOTE GOVERNMENT CODE SECTION 69954(d):

19

20     "ANY COURT, PARTY, OR PERSON WHO HAS PURCHASED A

21  TRANSCRIPT MAY, WITHOUT PAYING A FURTHER FEE TO THE REPORTER,

22  REPRODUCE A COPY OR PORTION THEREOF AS AN EXHIBIT PURSUANT TO

23  COURT ORDER OR RULE, OR FOR INTERNAL USE, BUT SHALL NOT

24  OTHERWISE PROVIDE OR SELL A COPY OR COPIES TO ANY OTHER PARTY

25  OR PERSON."

26

27  Reporter:  Irene Burns, CSR #1815

28

```
 1                    APPEARANCES: (PAGE 1 OF 2)
 2
 3     For Corona Plaintiffs:
 4
            LIEFF, CABRASER, HEIMANN & BERNSTEIN
 5          By:  KELLY M. DERMODY, Attorney at Law
            275 Battery Street, 30th Floor
 6          San Francisco, CA 94111
 7          MILBERG, WEISS, BERSHAD, HYNES & LERACH
            By:  MELVIN I. WEISS, Attorney at Law
 8          One Pennsylvania Plaza
            New York, New York 10110
 9
10     For Uiagalelei Plaintiffs:
11          STEYER, LOWENTHAL, BOODROOKAS, ALVAREZ & SMITH
            By:  ALLAN STEYER, Attorney at Law
12          One California Street, 3rd Floor
            San Francisco, CA 94111
13
14     For the Morales Plaintiffs:
15
            WASSERMAN, COMDEN, CASSELMAN & PEARSON
16          By:  CLIFFORD H. PEARSON, Attorney at Law
            5567 Reseda Boulevard, Suite 330
17          Los Angeles, CA 91357
18
19                       -and-
20          COTCHETT, PITRE & SIMON
            By:  NIALL McCARTHY Attorney at Law
21              JOSEPH  W. COTCHETT, Attorney at Law
            840 Malcolm Road, Suite 200
22          Burlingame, CA 94010
23
24     For the Lent Plaintiffs:
25          DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA
            By:  GENE J. STONEBARGER, Attorney at Law
26          1602 I Street, 5th Floor
            Modesto, CA 95354
27
28                  (APPEARANCES CONTINUED ON NEXT PAGE)
```

1    me too.

2         All right, so then you are personally familiar with her

3    involvement, am I correct?

4         MR. WEISS:  Absolutely, your Honor.

5         THE COURT:  Would you say then that the 2,497 hours that

6    is listed in the schedule seems accurate in light of your

7    personal familiarity with her work on this case?

8         MR. WEISS:  Unquestionably.  As a matter of fact when I

9    saw that number I was surprised that it was that little given

10   the length of time that we were involved in this case.  It's

11   something like three or four hundred hours a year and I know

12   that she has been personally committed to this case on an

13   ongoing basis at least to that extent.

14        THE COURT:  All right, thank you very much.

15        MR. WEISS:  Thank you, your Honor.

16        THE COURT:  All right, with that having been described

17   I'll give you a tentative ruling on the attorneys' fees.  The

18   tentative ruling is to approve the fees as requested.  I have a

19   number of points that are of significance to me, the first is

20   the magnitude of this litigation, not just in terms of the

21   scope and complexity of the issues, but also the duration of

22   the investigation and pursuit of the litigation multi-state,

23   multi-jurisdictional, multifaceted, big piece of litigation

24   here.

25        The lawyers, many of whom I am personally familiar with,

26   are top notch lawyers who have provided excellent

27   representation of the class interest and diligently pursued

28   this case to what I consider to be an extremely fair and

1    appropriate resolution.

2        The time submissions, especially in light of the quality

3    of the lawyers and the law firms involved, appear to be

4    reasonable to me.  The numbers are of course high, but in light

5    of my earlier comments regarding the nature and duration of the

6    litigation they are in my mind in no way unduly high, I have a

7    lot of experience in this kind of litigation and it all winds

8    up with what good lawyers would spend on this kind of case.

9        The rates seem to be consistent with appropriate rates

10   for similar services in the respective communities.  I too am

11   familiar with that as well by virtue of my seeing some of these

12   cases.  I'm mindful that the fees do not come out of the class

13   pot, as it were, they are a separate payment, that of course

14   doesn't mean that I have in any sense shirked the

15   responsibility of evaluating the fees independently, it simply

16   means that's another consideration that in my mind the

17   defendants, in my experience, don't like to give away their

18   money, so I would assume, rightfully so I'm sure, that there

19   was an analysis of the appropriateness of the fee amount by

20   those who are on the other side of the front lines dualing with

21   these people.

22       I am mindful also that the mediators in this case

23   thought the fee was appropriate.  One of the objectors pointed

24   out to me something that I already knew and that is the

25   mediators mediate and don't decide things, nonetheless we had

26   the highest quality mediators who went out of their way to

27   communicate a judgment to me, which judgment, while not

28   determinative, is certainly another piece of evidence.

1   STATE OF CALIFORNIA                    )

2   CITY AND COUNTY OF SAN FRANCISCO   )   ss.

3                                         )

4

5                   REPORTER'S CERTIFICATE

6

7

8           I, Irene Burns, do hereby certify that I am an

9   Official Court Reporter of the Superior Court of the City and

10  County of San Francisco, State of California, and that as such

11  I reported the proceedings had in the foregoing matter at the

12  date and place set forth herein;

13

14          That my stenographic notes were thereafter transcribed

15  by computerized transcription; and that the foregoing pages 1

16  through 42 inclusive constitute a full and correct transcript

17  of my said notes to the best of my ability.

18

19          Dated this 13th day of February, 2004.

20

21

22

23                              ---------------------------

24                              Irene Burns

25                              C.S.R. No. 1815

26

27

28

# Exhibit E

1    NIALL P. McCARTHY (#160175)
     LAURA SCHLICHTMANN (#169699)
2    **COTCHETT, PITRE, SIMON & McCARTHY**    **ORIGINAL FILED**
     San Francisco Airport Office Center
3    840 Malcolm Road, Suite 200            MAR 2 5 2005
     Burlingame, CA 94010
4    Tel: (650) 697-6000            LOS ANGELES
     Fax: (650) 697-0577            SUPERIOR COURT
5
     GILMUR R. MURRAY (#111856)
6    DEREK G. HOWARD (#118082)
     **MURRAY & HOWARD LLP**
7    436 14th Street, Suite 1413
     Oakland, CA 94612
8    Tel: (510) 444-2660
     Fax: (510) 444-2522
9
     Attorneys for Plaintiffs Lindie L. Banks and
10   Kimball Wheeler, the Class, and the General Public

11           SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                 COUNTY OF LOS ANGELES

13                  CENTRAL CIVIL WEST

14

15 | | Civil No. BC295997 |

16 | LINDIE L. BANKS, KIMBALL WHEELER, | CLASS ACTION |

17    Individually, and On Behalf of All Others
     Similarly Situated, and the General Public,

     [Proposed]
     **ORDER APPROVING AWARD OF**
     **ATTORNEYS' FEES, COSTS, AND**
18          Plaintiffs,        **CLASS REPRESENTATIVE**
                    **INCENTIVE PAYMENTS**
19          v.

20    **NORTHERN TRUST BANK OF**     Date:  March 24, 2005
     **CALIFORNIA N.A.**, and DOES 1-100, et al.,    Time:  1:30 p.m.
21                         Dept.:  309
         Defendants.      Hon. Anthony J. Mohr
22                         Complaint filed:  May 20, 2003

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &

[Proposed] ORDER APPROVING AWARD OF ATTORNEYS' FEES,
COSTS, & CLASS REPRESENTATIVE INCENTIVE PAYMENTS, Case No. BC295997

RECD MAR 17 2005

1         The Unopposed Application of Class Counsel for Award of Attorneys' Fees,

2  Costs, Class Representative Incentive Payments ("Application") came before this Court

3  for hearing on March 24, 2005, pursuant to the Court's December 22, 2004, Order

4  Granting Preliminary Approval of Class Settlement ("Preliminary Approval Order"). The

5  Named Plaintiffs and Defendant Northern Trust Bank of California N.A. appeared

6  through their counsel of record.

7         The Court has read and considered the Application, all supporting declarations,

8  and all other materials relating to the Application. Based on a review of the record in this

9  matter, including the papers filed by Class Counsel and the arguments of all counsel at the

10  hearing, and good cause appearing therefor,

11         IT IS HEREBY ORDERED as follows:

12        1.     The Court finds that due and adequate notice was provided to all settlement

13  class members, among other things advising them expressly and clearly of the intent of

14  Class Counsel to seek an award of attorneys' fees of no more than $5.5 million, plus

15  reimbursement of their litigation expenses, to be paid out of the $21.15 million class

16  settlement fund. The Court also finds that the class settlement notice advised class

17  members that Class Counsel intended to request incentive payments to the two named

18  Plaintiffs, Lindie L. Banks and Kimball Wheeler, in the amount of $15,000 each over and

19  above whatever recovery may be allocated to them as members of the class. The Court

20  finds further that the notice to settlement class members advised them clearly about their

21  right to object to the proposed awards; that a full and fair opportunity was provided for all

22  such persons to be heard with respect to the Application; and that none of the class

23  members objected to any aspect of the proposed settlement, including these proposed

24  awards.

25        2.     The Court awards Class Counsel attorneys' fees in the amount of

26  $5.5 million, plus expenses in the amount of $182,095.20, or $5,682,095.20 altogether, to

27  be paid out of the $21.15 million settlement fund. The award of $5.5 million in attorneys'

28  fees represents 26% of the class recovery, and also reflects a lodestar (hours expended

1    times regular hourly rates) of approximately $1.9 million, augmented by a multiplier of

2    2.9.

3        3.        The Court finds generally that the amount of fees and costs awarded herein

4    is fair and reasonable to the settlement class in light of the extraordinarily favorable class

5    recovery; the complexity, novelty, and litigation risk of issues involved in the litigation;

6    the care taken by Class Counsel in negotiating a complex settlement package and

7    communicating its terms clearly to class members; the fact that Class Counsel have

8    maintained this litigation on a contingent basis for nearly two years; and the continuing

9    responsibility of Class Counsel to monitor the implementation of the settlement.

10        4.        In finding, based on the record submitted, that the attorneys' fees awarded

11    herein are justified, the Court has placed particular weight on the following factors:

12        (1)        Class Counsel have achieved an excellent result for the settlement class, in

13                that the settlement fund of $21.15 million (plus $100,000 in settlement

14                administrative expenses) provides recovery (netting out the attorneys' fees

15                and costs) to approximately 1,325 class members of approximately <u>double</u>

16                the excess trustee fees that were charged to the class trusts from 1981

17                through 2004, despite facing a vigorous, highly skilled, and well-financed

18                opposition;

19        (2)        The attorneys' fees award of $5.5 million is the equivalent of 26% of the

20                recovery that the settlement provides to the settlement class, only slightly

21                more than the 25% "benchmark" for attorneys' fees awards in comparable

22                class actions (including the two previous class actions that involved trustee

23                charges to fixed fee trusts);

24        (3)        The settlement also confers substantial public benefit by vindicating the

25                rights of trust beneficiaries both in and outside the settlement class;

26        (4)        Class Class undertook this litigation, which involved complex issues and

27                presented substantial litigation risks, and maintained it on a wholly

28                contingent fee and cost basis;

⊕
LAW OFFICES
COTCHETT,
PITRE, SIMON &

[Proposed] ORDER APPROVING AWARD OF ATTORNEYS' FEES,
COSTS, & CLASS REPRESENTATIVE INCENTIVE PAYMENTS, Case No. BC295997        2

1    (5)    Class Counsel achieved the settlement only after spending significant

2            efforts conducting a careful factual investigation; undertaking substantial

3            discovery (including propounding eleven sets of interrogatories, document

4            requests, and requests for admission; taking or defending numerous

5            depositions, both in and outside California; and reviewing nearly 30,000

6            pages of documents); bringing or opposing numerous motions, including a

7            fully briefed class certification motion; conferring with experts and

8            consultants on trust and accounting matters; and engaging in two day-long

9            mediation sessions, months apart, with two highly respected mediators who

10           have special expertise in trust matters, the Hon. Daniel Weinstein (Ret.) and

11           the Hon. Robert M. Letteau (Ret.), which ultimately helped the parties reach

12           agreement on settlement terms;

13    (6)    Class Counsel applied extraordinary skill and thoughtfulness in fashioning

14           the complex settlement package and communicating it thoroughly and

15           clearly to the class; and

16    (7)    Class Counsel will retain significant continuing responsibility for

17           overseeing implementation of the settlement, as specified in the parties'

18           Stipulation and Agreement of Settlement.

19   Moreover, the Court finds that the $5.5 million attorneys' fees award is further supported

20   by the fact that the notices to the settlement class clearly advised class members that Class

21   Counsel would seek such an award in the amount of up to $5.5 million, and none of the

22   approximately 1,325 class members objected.

23    5.    Each of the two named Plaintiffs, Lindie L. Banks and Kimball Wheeler,

24   shall receive out of the $21.15 million settlement fund an incentive award in the amount

25   of $15,000, for her initiative in bringing and participating in the litigation of this class

26   action.

27    6.    The awarded attorneys' fees, costs, and incentive payments shall be paid

28   upon entry of this Order subject to the terms, conditions, and obligations of the

LAW OFFICES
COTCHETT,
PITRE, SIMON &

[Proposed] ORDER APPROVING AWARD OF ATTORNEYS' FEES,
COSTS, & CLASS REPRESENTATIVE INCENTIVE PAYMENTS, Case No. BC295997                    3

1   Stipulation and Agreement of Settlement, which terms, conditions, and obligations are

2   incorporated herein.

3          IT IS SO ORDERED.

4   DATED:    3-25-06

5                                                    ANTHONY J. MOHR

6                                           THE HONORABLE ANTHONY J. MOHR
                                            JUDGE OF THE SUPERIOR COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &

[Proposed] ORDER APPROVING AWARD OF ATTORNEYS' FEES,
COSTS, & CLASS REPRESENTATIVE INCENTIVE PAYMENTS, Case No. BC295997                    4

# Exhibit F

1          IN THE SUPERIOR AND MUNICIPAL COURTS

2       COUNTY OF SAN MATEO,  STATE OF CALIFORNIA

3                  SOUTHERN BRANCH

4

5

6   AMERIQUEST CASE                )   CASE NO.  415620
    INCLUDED ACTIONS:              )   JCCP NO.  4162
7                                  )
    BRYAN VS. AMERIQUEST           )
8             AND                  )
    PIERCEALL VS. AMERIQUEST MORTGATE )
9   CO. AND AMERIQUEST CAPITAL CORP.  )

10

11

12        REPORTER'S TRANSCRIPT OF PROCEEDINGS

13   BEFORE: HON. CAROL L. MITTLESTEADT, JUDGE

14                 DEPARTMENT 1

15               JUNE 24, 2005

16

17

18

19  A P P E A R A N C E S
    FOR THE PLAINTIFFS:              NIALL MCCARTHY, ESQ.
20                                   GEORGE DONALDSON, ESQ.
                                     ELIZABETH PRITZKER, ESQ

21   FOR THE RESPONDENT:             BERNARD LESAGE, ESQ.
                                     SARAH ANDRUS, ESQ.
22

23   FOR THE OBJECTORS:              AARON MYERS, ESQ
                                     EMMETT STANTON, ESQ
                                     MICHAEL BABITZKE, ESQ
24                                   MICHELLE RODRIGUEZ
                                     (LAW FELLOW)
25

26   REPORTED BY:                    ROSA MARTINEZ
                                     C.S.R. 8893S

1   FIVE YEARS ABOUT HOW THIS CASE WAS LITIGATED.

2        THIRDLY, THE EXTENSIVE AND WELL REPUTED EXPERIENCE

3   IN SIMILAR LITIGATION OF COUNSEL ON BOTH SIDES TO THIS

4   CASE, THIS COURT HAS HAD THE DISTINCT PLEASURE OF HAVING

5   THE PARTIES IN THIS CASE REPRESENTED BY SOME OF THE FINEST

6   ATTORNEYS NOT ONLY IN THIS STATE BUT IN THIS COUNTRY AND

7   WHO HAD EXTENSIVE EXPERIENCE IN CONSUMER FRAUD AND OTHER

8   COMPLEX CIVIL LITIGATION MATTERS AND FOURTHLY, THE MINUTE

9   PERCENTAGE OF THE OBJECTORS I.E., 6 OUT OF OVER 62,000

10  POTENTIAL CLASS MEMBERS NOTICED.

11       ADDITIONALLY, I HAVE CONSIDERED THE STRENGTH AND

12  WEAKNESSES OF THE PLAINTIFF'S CASE.  WE HAVE TALKED ABOUT

13  THEM ON REPEATED OCCASIONS AS WE HEARD DEMURRERS' MOTIONS

14  FOR JUDGMENT ON THE PLEADINGS, MOTIONS FOR SUMMARY

15  JUDGMENT, MOTIONS FOR SUMMARY ADJUDICATION OF ISSUES,

16  MOTION FOR CLASS CERTIFICATION, MOTION FOR DECERTIFICATION

17  OF CLASS AND I AM SURE I HAVE LEFT OUT SOME OF THE MOTIONS

18  WE HAVE DONE HERE AND THE RISK AND ASSOCIATED EXPENSES OF

19  MAINTAINING THE CLASS ACTION STATUS THROUGH TRIAL, THE

20  SUBSTANTIAL BENEFITS ACHIEVED BY THE PROPOSED SETTLEMENT,

21  WHICH I MENTIONED EARLIER, THE VIEWS AND RECOMMENDATIONS

22  OF CLASS COUNSEL AND ALSO OF THE CLASS REPRESENTATIVES.

23       THE LAW FOCUSES MORE ON THE CLASS COUNSEL, BUT I

24  ALSO THINK THAT THE DECLARATIONS THAT ARE BEFORE NAMED

25  PLAINTIFF CLASS REPRESENTATIVES ARE IMPORTANT BECAUSE THEY

26  HAVE LIVED THIS LITIGATION FOR THE LAST FIVE YEARS, ALSO,

1                            REPORTER'S CERTIFICATE

2

3    COUNTY OF SAN MATEO)

4                            )   SS.

5    STATE OF CALIFORNIA)

6

7

8                    I, ROSA MARTINEZ, HEREBY CERTIFY:

9                    THAT I AM AN OFFICIAL CERTIFIED SHORTHAND

10   REPORTER OF THE MUNICIPAL AND SUPERIOR COURTS OF THE

11   COUNTY OF SAN MATEO, STATE OF CALIFORNIA;

12                    THAT IN PURSUANCE OF MY DUTIES AS SUCH, I

13   ATTENDED THE PROCEEDINGS IN THE FOREGOING MATTER AND

14   REPORTED ALL OF THE PROCEEDINGS AND TESTIMONY TAKEN

15   THEREIN;

16                    THAT THE FOREGOING IS A FULL, TRUE AND

17   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN.

18

19

20                            DATED:  AUGUST 11, 2005

21                            REDWOOD CITY, CALIFORNIA

22

23

24                            ROSA MARTINEZ

25                            C.S.R. NO. 8893

26

# Exhibit G

1   H. SINCLAIR KERR, JR. (61713)
    MICHAEL VON LOEWENFELDT (178665)
2   ADRIAN J. SAWYER (203712)
    HOLLY HOGAN (238714)
3   **KERR & WAGSTAFFE LLP**
    100 Spear Street, Suite 1800
4   San Francisco, CA 94105–1528
    Telephone: (415) 371-8500
5   Facsimile: (415) 371-0500

6   Attorneys for Defendants
    AXA ADVISORS, LLC, and
7   AXA EQUITABLE LIFE INSURANCE CO.

8
    [Additional Counsel on Next Page]
9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12
    PAUL MEOLA, individually, and on behalf of          Case No. C 06 4291 JSW
13  all others similarly situated,
                                                         ~~[PROPOSED]~~ **ORDER RELATING**
14                  Plaintiff,                           **CASES**

15          vs.

16
    AXA FINANCIAL, INC.; AXA ADVISORS,
17  LLC; AXA EQUITABLE LIFE INSURANCE
    CO.; and DOES 1 through 10, inclusive,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

Case No. C 06 4291 JSW                                   [PROPOSED] ORDER RELATING CASES

1   BRYAN KING SHELDON (116219)
     **LIM, RUGER & KIM LLP**
2   1055 West Seventh Street, Suite 2800
     Los Angeles, CA 90017
3   Telephone: (213) 955-9500
     Facsimile: (213) 955-9511
4   [Local Co-Counsel]

5   JOSEPH D. MELTZER *(admitted pro hac vice)*
     GERALD D. WELLS, III *(admitted pro hac vice)*
6   ROBERT J. GRAY *(admitted pro hac vice)*
     **SCHIFFRIN & BARROWAY**
7   280 King of Prussia Road
     Radnor, Pennsylvania 19087
8   Telephone: (610) 667-7706
     Facsimile: (610) 667-7056
9   [Lead Counsel]

10   Attorneys for Plaintiff
     PAUL MEOLA
11

12   MARK YABLONOVICH (186670)
     MARC PRIMO (216796)
     JOSEPH CHO (198844)
13   SHAWN WESTRICK (235513)
     **INITIATIVE LEGAL GROUP LLP**
14   1875 Century Park East, Suite 1800
     Los Angeles, CA 90067
15   Telephone: (310) 556-5637
     Facsimile: (310) 861-9051
16

17   Attorneys for Plaintiffs in
     *Lennon, et al. v. AXA Advisors, LLC, et al.,*
     No. 07-1858 CW
18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

Case No. C 06 4291 JSW          [PROPOSED] ORDER RELATING CASES

1                              [PROPOSED] ORDER

2              Based on the parties' Joint Motion For Administrative Relief To Consider Whether Cases

3    Should Be Related, and for good cause shown,

4              IT IS HEREBY ORDERED that:

5              1.   The parties' Joint Administrative Motion to Consider Whether Cases Should Be

6    Related is GRANTED, and *Lennon, et al. v. AXA Advisors, LLC, et al.,* No. 07-1858 CW, is

7    deemed related with this action.

8              2.   The Clerk of the Court is directed to reassign *Lennon, et al. v. AXA Advisors,*

9    *LLC, et al.,* No. 07-1858 CW, to the undersigned.

10

11   DATED:  May 17, 2007                    _____

                                             Hon. Jeffrey S. White

12                                           UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


KERR
&
WACSTAFFE
LLP

Case No. C 06 4291 JSW                       — 1 —                    [PROPOSED] ORDER RELATING CASES

# Exhibit H

1   SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
    Alan R. Plutzik, Of Counsel (Bar No. 077785)
2   Robert M. Bramson, Of Counsel (Bar No. 102006)
3   2125 Oak Grove Road, Suite 120
    Walnut Creek, California 94598
4   Telephone: (925) 945-0770
    Facsimile: (925) 945-8792
5
6   -and-

7   Joseph H. Meltzer
    Gerald D. Wells, III
8   Robert J. Gray
    280 King of Prussia Road
9   Radnor, PA 19087
10  Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
11
12  Attorneys for Plaintiff Anthony Bolea

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16  PAUL MEOLA, individually, and on behalf
    of all others similarly situated,            No. C06-04291-JSW
17
18                           Plaintiff,          [PROPOSED] ORDER RELATING
                                                 CASES
19              vs.

20  AXA FINANCIAL, INC.; AXA ADVISORS,
    LLC; AXA EQUITABLE LIFE INSURANCE
21  CO.; and DOES 1 through 10, inclusive,
22
23                           Defendants.

24
25
26
27
28

    [Proposed] Order Relating Cases
    Case Nos. 06-04291 JSW; 07-01858-JSW; 07-02777-JL
    52575

1 | CARLTON M. LENNON, individually, and
2 | on behalf of all other members of the general          No. 07-01858 JSW
   | public similarly situated, JAMES L.
3 | THOMPSON, individually, and on behalf of
4 | all other members of the general public
   | similarly situated,
5 |
   |                           Plaintiffs,
6 |
7 |                 vs.
8 | AXA ADVISORS, LLC; AXA NETWORK,
   | LLC; and DOES 1 through 20 inclusive,
9 |
10 |                          Defendants.
11 | ANTHONY BOLEA, on behalf of himself
   | and all others similarly situated,                   No. C07-02777-JL
12 |
13 |                           Plaintiff,
14 |                 vs.
15 |
16 | AXA ADVISORS, LLC and AXA
   | EQUITABLE LIFE INSURANCE CO.,
17 |
18 |                          Defendants.
19 |
20 |         Having considered the Administrative Motion To Consider Whether Cases Should Be Related
21 | Pursuant to L.R.3-12(B) filed by Anthony Bolea in the above captioned case, ~~to which no opposition~~
22 | has been filed, and good cause showing, and based on the lack of opposition as is evident in the parties'
23 |                                         case management statement in the Meola and Lennon actions,
   |         IT IS HEREBY ORDERED AS FOLLOWS:
24 |         *Anthony Bolea, individually, and on behalf of all others similarly situated v. AXA Advisors,*
25 | *LLC and AXA Equitable Life Insurance Co., et al.,* Case No. C07-02777 JL, is related to the earlier
26 | filed cases of *Paul Meola, et al. v. AXA Financial, Inc; AXA Advisors, LLC; AXA Equitable Life*
27 |
28 |

[Proposed] Order Relating Cases
Case Nos. 06-04291 JSW; 07-01858-JSW; 07-02777-JL
52575

1    *Insurance Co.*, Case No. C06-04291 JSW, and *Carlton M. Lennon and James L. Thompson, et al., v.*

2    *AXA Advisors, LLC; AXA Network, LLC,* Case No. 07-01858 JSW.

3
     August 29, 2007
4    Dated:_____, 2007

5
                                            _____
6                                           The Honorable Jeffrey S. White

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Relating Cases
Case Nos. 06-04291 JSW; 07-01858-JSW; 07-02777-JL
52575

# Exhibit I

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-04291 JSW**     **Meola v. AXA Financial Inc. Et al**

**C 07-04368 WHA**     **Dhruv v. AXA Eqnitable Life Insurance Co. Et al**

I find that the above case is related to the case assigned to me. : JSW

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: September 7, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

-1-