**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    PAUL MEOLA, et al.,

10        Plaintiffs,                              No. C 06-04291 JSW

11   v.                                            (**Consolidated with 07-1858,
                                                   07-2777, and 07-4368**)
12   AXA FINANCIAL, INC., et al.,
                                                   **ORDER REQUIRING
13        Defendants                               SUPPLEMENTAL BRIEFING ON
                                                   MOTION FOR APPOINTMENT
14   *AND RELATED CASES*                           OF LEAD COUNSEL**

15   _____/

16

17        On October 5, 2007, Plaintiff Paul Meola filed a motion for the appointment of lead

18   counsel in this case, and in the consolidated cases as set forth in the caption.  That motion is set

     for hearing on November 30, 2007.
19

20        Pursuant to Federal Rule of Civil Procedure 23(g)(2), a "court may designate interim

21   counsel to act on behalf of the putative class before determining whether to certify the action as

     a class action."   When appointing interim class counsel, a court must find that the applicant is
22

23   adequate under Rule 23(g)(1)(B) and (C).  Rule 23(g)(1)(B), in turn, requires that "[a]n attorney

24   appointed to serve as class counsel must fairly and adequately represent the interests of the

     class."  Rule 23(g)(1)(C), requires that:
25

26            (i) the court must consider:
              •      the work counsel has done in identifying or investigating potential
27                   claims in the action,
              •      counsel's experience in handling class actions, other complex
28                   litigation, and claims of the type asserted in the action,
              •      counsel's knowledge of the applicable law, and
              •      the resources counsel will commit to representing the class;
              (ii) may consider any other matter pertinent to counsel's ability to fairly
              and adequately represent the interests of the class;

1

(iii) may direct potential class counsel to provide information on any
subject pertinent to the appointment and to propose terms for attorney fees
and nontaxable costs; and

2

(iv) may make further orders in connection with the appointment.

3

4    Although Plaintiffs' motion addresses counsel's experience with class actions, including

5    class actions involving the issues raised by this case, it does not fully address the factors this

6    Court must consider under Rule 23(g)(1)(B)(I).  In addition, the Court requests additional

7    information from Plaintiffs about their experience with cases raising claims like those raised in

8    this case.  Therefore, Plaintiffs are HEREBY ORDERED to submit a supplemental brief that

9    addresses these issues by no later than November 16, 2007.

10    The Court shall file this Order in each of the consolidated cases.

11    **IT IS SO ORDERED.**

12

13    Dated: November 7, 2007

_____
JEFFREY S. WHITE
14    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2