UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AXA WAGE AND HOUR LITIGATION | No. C06-04291 JSW<br><br>[Proposed] ORDER APPROVING STIPULATION REQUESTING COURT'S APPROVAL TO CONTINUE JULY 18, 2008, CASE MANAGEMENT CONFERENCE TO ACCOMMODATE FURTHER MEDIATION |

The Court having reviewed the parties' stipulation to continue the Case Management Conference ("CMC") currently scheduled for July 18, 2008, to accommodate a second mediation session regarding the portion of the case that the parties have not already reached agreement on; having read the accompanying declaration of counsel; and having found good cause shown, IT IS ORDERED as follows:

The Court approves the parties' stipulation. The July 18, 2008, Case Management Conference is continued. The parties shall jointly advise the Court no later than August 8, 2008, about the date set for the second mediation session, for purposes of setting the next CMC approximately one month after the second mediation session.

IT IS SO ORDERED.

Date: July 14, 2008                           _____
                                              HON. JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE